THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deltro Electric Ltd.  :  Case No. 1:21-cv-00303
: Judge: Douglas R. Cole
v. : Corporate Disclosure Statement
:
Electric Power Systems International, Inc :
:

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Deltro Electric Ltd.                                                                                                                   .

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES    ✔ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES    ✔ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest.

/s/ Nicholas W. Schwandner                    May 13, 2021
Signature of Counsel                          Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

**CERTIFICATE OF SERVICE**

  I certify that a copy was filed electronically, on May 13, 2021, via the Court's CM/ECF system, which will serve notification upon:

| | |
|---|---|
| Stephen Intihar | Heather M. Hawkins |
| Alexandra Parriman | Anna M. Greve |
| Bricker & Eckler LLP | Taft Stettinius & Hollister LLP |
| 100 South Third St. | 425 Walnut St., Ste. 1800 |
| Columbus, OH 43215 | Cincinnati, OH 45202 |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *CIT Bank, NA* | *Hillcrest Solar I, LLC* |

Theresa L. Nelson
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202
*Counsel for Defendant*
*Electric Power Systems International, Inc.*

            */s/ Nicholas W. Schwandner*
            Nicholas W. Schwandner