UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DELTRO ELECTRIC LTD.**<br><br>      **Plaintiff**<br><br>v.<br><br>**ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., et al.**<br><br>      **Defendants** | **Case No. 1:21-cv-00303**<br><br>**Judge Douglas R. Cole**<br><br>**Magistrate Judge Karen L. Litkovitz** |

**PLAINTIFF DELTRO ELECTRIC LTD.'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT ELECTRIC POWER SYSTEMS INTERNATIONAL, INC.'S COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Deltro Electric Ltd. ("Deltro") moves to extend the time to respond to Defendant Electric Power Systems International, Inc.'s Counterclaims until after Deltro's Motion for Remand has been adjudicated.

A memorandum in support and proposed order are attached.

                                    Respectfully submitted,

                                    */s/ Nicholas W. Schwandner*
                                    Nicholas W. Schwandner (0086471)
                                    Trial Attorney
                                    SCHWANDNER LAW FIRM LLC
                                    119 E. Court St., Suite 504
                                    Cincinnati, OH 45202
                                    T: 513-429-4099
                                    F: 513-772-7904
                                    ns@schwanlawfirm.com

                                    *Counsel for Plaintiff*
                                    *Deltro Electric, Ltd.*

## MEMORANDUM IN SUPPORT

This case arises from the construction of an electric power generating facility (the "Project") in Ohio.  Plaintiff Deltro Electric Ltd. ("Deltro") is a subcontractor on the Project. Defendant Electrical Power Systems International, Inc. ("EPS") is a subcontractor to Deltro on the Project.

Deltro initiated this action in the Court of Common Pleas for Brown County, Ohio. EPS then improperly removed the action.  Specifically, EPS failed to obtain the necessary consent and joinder in the removal of all Defendants, failed to demonstrate its removal was allowed under the forum-defendant rule, and removed based on diversity jurisdiction without demonstrating diversity exists.

EPS has since filed its Answer with Counterclaims (ECF No. 14) against Deltro. The deadline for Deltro to move, plead, or otherwise respond to the Counterclaims is June 4, 2021.  As described in Deltro's pending Motion for Remand (ECF No. 16), the case appears to be improperly before this Court and Deltro has sought remand.

Deltro requests that its time to move, plead, or otherwise respond to the Counterclaims be extended to 14 days after the Motion for Remand has been ruled upon.

Good cause exists for the requested extension.  Deltro is still evaluating EPS's Counterclaims, but a motion to dismiss certain of the counts may be warranted.  If the pending Motion for Remand is granted, it would render Deltro's motion to dismiss moot.  It would further require re-briefing the issues in the state court.  Granting the extension will avoid both Deltro and EPS engaging in potentially duplicative motions practice.

In the event Deltro instead answers the Counterclaims without motion, good cause for the extension still exists.  EPS only recently filed the Counterclaims on May 14, 2021.  A scheduling order has not yet been issued and the case has only been pending for a short

time. The extension will not result in undue delay or prevent compliance with a scheduling order.

Additionally, Deltro does not want to inadvertently act inconsistently with its Motion for Remand by engaging the Court's jurisdiction at the same time as it has raised the apparent lack of jurisdiction.

EPS will not be prejudiced by the extension. Rather, EPS will also benefit from the extension by the potential avoidance of duplicative motions practice should the case be remanded.

This is Deltro's first request for an extension.

For the foregoing reasons, Deltro requests that its deadline to move, plead, or otherwise respond to EPS's Counterclaims be extended until 14 days after the Motion for Remand has been decided. In the alternative, if that extension is denied, Deltro requests that its deadline be extended until 14 days after the Court's ruling on this motion.

Respectfully submitted,

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner (0086471)
Trial Attorney
SCHWANDNER LAW FIRM LLC
119 E. Court St., Suite 504
Cincinnati, OH 45202
T: 513-429-4099
F: 513-772-7904
ns@schwanlawfirm.com

*Counsel for Plaintiff*
*Deltro Electric, Ltd.*

**CERTIFICATE OF SERVICE**

I certify that a copy was filed electronically on June 3, 2021 via the Court's CM/ECF system, which will serve notification upon:

Stephen Intihar
Alexandra Parriman
Bricker & Eckler LLP
100 South Third St.
Columbus, OH 43215
*Counsel for Defendant*
*CIT Bank, NA*

Heather M. Hawkins
Anna M. Greve
Taft Stettinius & Hollister LLP
425 Walnut St., Ste. 1800
Cincinnati, OH 45202
*Counsel for Defendant*
*Hillcrest Solar I, LLC*

Theresa L. Nelson
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202
*Counsel for Defendant*
*Electric Power Systems International, Inc.*

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner

4