# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **DELTRO ELECTRIC LTD.**<br><br>　　**Plaintiff**<br><br>v.<br><br>**ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., et al.**<br><br>　　**Defendants** | **Case No. 1:21-cv-00303**<br><br>**Judge Douglas R. Cole**<br><br>**Magistrate Judge Karen L. Litkovitz** |

## PLAINTIFF DELTRO ELECTRIC LTD.'S CONSENT MOTION TO DISMISS DEFENDANT HILLCREST SOLAR I, LLC

Pursuant to Fed. R. Civ. P. 21, Plaintiff Deltro Electric Ltd. ("Deltro") moves to dismiss Defendant Hillcrest Solar I, LLC ("Hillcrest") without prejudice. Hillcrest consents to the relief requested.

A memorandum in support and proposed order are attached.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Nicholas W. Schwandner*
　　　　　　　　　　　　　　　　　Nicholas W. Schwandner (0086471)
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　SCHWANDNER LAW FIRM LLC
　　　　　　　　　　　　　　　　　119 E. Court St., Suite 504
　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　T: 513-429-4099
　　　　　　　　　　　　　　　　　F: 513-772-7904
　　　　　　　　　　　　　　　　　ns@schwanlawfirm.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　*Deltro Electric, Ltd.*

**MEMORANDUM IN SUPPORT**

I.  **STATEMENT OF THE CASE**

This case arises from the construction of an electric power generating facility (the "Project") in Ohio. Plaintiff Deltro Electric Ltd. ("Deltro") is a subcontractor on the Project. Defendant Electrical Power Systems International, Inc. ("EPS") is a subcontractor to Deltro on the Project. Defendant Hillcrest Solar I, LLC ("Hillcrest") is the lessee under various leases for the property at issue and is the owner of the Project.

EPS filed a mechanic's lien on the Project, which Deltro disputes as invalid due to EPS failing to properly perfect its lien. Prior to removal, Deltro initiated this action in the Court of Common Pleas for Brown County, Ohio. Deltro sought, among other things, a declaratory judgment that EPS's lien is invalid. When declaratory relief is sought, Ohio law requires that "all persons who have or claim any interest that would be affected by the declaration shall be made parties to the action or proceeding." O.R.C. 2721.12(A). Due to Hillcrest's status as lessee of the property subject to EPS's lien, Deltro named Hillcrest as a defendant per O.R.C. 2721.12(A).

Thereafter, EPS removed the action to this Court. Further, after Deltro's Complaint had been filed, the Project's original contractor, PCL Construction Services, Inc. ("PCL"), provided a surety bond as alternate security that was then approved by the Court of Common Pleas for Brown County, Ohio. The Court of Common Pleas' Order approved the bond and discharged the Project property subject to EPS's lien. Per Ohio's Mechanic's Lien Statute, EPS's "action on the lien [] proceed[s] [instead] as an action on the bond." O.R.C. 1311.11(C)(3).

In light of the Project property being discharged, Hillcrest no longer appears to be implicated and Deltro wishes to dismiss Hillcrest from the action without prejudice.

II.  **APPLICABLE LAW**

2

The Sixth Circuit Court of Appeals has suggested that Rule 41(a) only authorizes dismissal of entire actions and to dismiss one defendant when there are multiple defendants the proper procedure is under Rule 21. *Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785-86 (6th Cir. 1961). Rule 21 states, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."

### III. ARGUMENT

Due to the changed circumstances, Deltro moves to dismiss Hillcrest without prejudice. Just terms support dropping Hillcrest as a party from these proceedings on a *without* prejudice basis as Hillcrest will not be prejudiced if it is dismissed from this action.

### IV. Conclusion

For the foregoing reasons, Plaintiff Deltro moves for an order dismissing Defendant Hillcrest without prejudice. Hillcrest consents to the relief requested.

Respectfully submitted,

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner (0086471)
Trial Attorney
SCHWANDNER LAW FIRM LLC
119 E. Court St., Suite 504
Cincinnati, OH 45202
T: 513-429-4099
F: 513-772-7904
ns@schwanlawfirm.com

*Counsel for Plaintiff*
*Deltro Electric, Ltd.*

### CERTIFICATE OF SERVICE

I certify that a copy was filed electronically, on December 6, 2021, via the Court's CM/ECF system, which will serve notification upon:

Heather M. Hawkins
Anna M. Greve
Taft Stettinius & Hollister LLP
425 Walnut St., Ste. 1800
Cincinnati, OH 45202
*Counsel for Defendant*
*Hillcrest Solar I, LLC*

Theresa L. Nelson
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202
*Counsel for Defendant*
*Electric Power Systems International, Inc.*

> */s/ Nicholas W. Schwandner*
> Nicholas W. Schwandner