**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **DELTRO ELECTRIC LTD.**<br><br>    **Plaintiff**<br><br>v.<br><br>**ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., et al.**<br><br>    **Defendants** | **Case No. 1:21-cv-00303**<br><br>**Judge Douglas R. Cole**<br><br>**Magistrate Judge Karen L. Litkovitz** |

## ORDER

This matter came before the Court on Plaintiff Deltro Electric Ltd.'s ("Deltro") Motion for Leave to Amend Complaint. Deltro moved for leave to file its First Amended Complaint.

For good cause shown, it is hereby ORDERED that:

1. Deltro's motion (ECF No. 30) is GRANTED.

2. Deltro is granted leave to file its First Amended Complaint.

_____      _____
Date                    UNITED STATES DISTRICT JUDGE