UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DELTRO ELECTRIC LTD.**<br><br>    **Plaintiff**<br><br>v.<br><br>**ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., et al.**<br><br>    **Defendants** | Case No. 1:21-cv-00303<br><br>Judge Douglas R. Cole<br><br>Magistrate Judge Karen L. Litkovitz |

## DECLARATION OF DAVID DELMASTRO

Province of Ontario

Country of Canada

    I, David DelMastro, am over eighteen years of age, am competent to testify, and declare under penalty of perjury that:

1. I am the President, CEO and founder of Deltro Electric, Ltd. ("Deltro").

2. The Hillcrest Solar Project is construction of a solar electricity facility in Brown County, Ohio.

3. The project's lessee that contracted for the work is Hillcrest Solar I, LLC.

4. PCL Construction Services, Inc. is the original contractor for the project.

5. Deltro is a subcontractor to PCL on the project.

6. Electric Power Systems International, Inc. ("EPS") is a subcontractor to Deltro on the project pursuant to written contracts.

7. EPS recorded a mechanic's lien on the project.

8. EPS's lien caused PCL to withhold payment from Deltro.

9. The withholding of payment because of EPS's lien has been and still is significantly harming Deltro by preventing Deltro from receiving payments and inhibiting Deltro's ability to pay other subcontractors.

10. The attached to Deltro's Motion for Partial Summary Judgment as Exhibit 3 is a true and accurate copy of the Notice of Furnishing EPS provided to Deltro in support of its lien.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Feb 22, 2022

_David DelMastro (Feb 22, 2022 16:13 EST)_

David DelMastro

2