202100001645      03/17/2021  12:30PM
Filed for Record in BROWN County, OH
Amy Jo DeClaire, Recorder    Rec Fees: $306.00
ML    OR Vol 507 Pgs 1622 - 1657
ERECORDING

**AFFIDAVIT FOR MECHANIC'S LIEN**

STATE OF MISSOURI        )
                         ) ss:
COUNTY OF S+.Louis       )

Jason Cattoor, being first duly sworn, says that he is Chief Financial Officer for Electric Power Systems International, Inc. ("EPS"), whose address is 15 Millpark Court, Maryland Heights, Missouri  63043, and that EPS, the lien claimant, furnished certain materials or performed certain labor or work in furtherance of improvements located on or removed to the land hereinafter described, in pursuance of a certain contract with DELTRO Electric, Ltd. ("DELTRO"), the owner, part owner, lessee, original contractor, subcontractor, or other person, as the case may be, whose address is 1706 Mattawa Avenue, Mississauga, Ontario L4X 1K1. The first of the labor and/or material was furnished on July 13, 2020. The last of the labor and/or material was furnished on March 5, 2021, and there is justly and truly due EPS from DELTRO, over and above all legal setoffs, the sum of $2,171,921.55, for which amount EPS claims a lien on the land, buildings or leasehold described in attached Exhibit A, of which Hillcrest Solar 1, LLC, c/o Innergex Renewable Energy, Inc. is or was the owner, part owner, or lessee, as the case maybe.

Jason Cattoor, CFO
Electric Power Systems International, Inc.

Sworn to before me and subscribed in my presence this 17 day of March, 2021.

Notary Public

BOBBIE WRAY
Notary Public – Notary Seal
St Charles County–State of Missouri
Commission Number 15394200
My Commission Expires Mar 23, 2021

This instrument was prepared by:
Michael C. Surrey, Esq. (0070098)
Graydon Head & Ritchey LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-2430
Email: msurrey@graydon.law

10920304.1

## EXHIBIT A

### (Tracts 1-31)

**TRACT 1 (Lease No. 35):**

File No. 300483NCT

**Forrest J. Rankin and Jennifer S. Arey, husband and wife, for their joint lives, remainder in fee simple to the one of them that survives the other**
**16179 Moon Road**
**Mt. Orab, OH 45154**

Situate in H. Lee's Military Survey No. 11086, Green Township, Brown County, Ohio, and being a part of the land conveyed to Charles and Virginia Maynard as recorded in Deed Book 234, Page 101 in the Brown County, Ohio Recorder's Office and being bounded and more particularly described as follows:

Beginning at a spike found on the centerline of Moon Road at the Southeasterly corner of Stewart R. and Janet M. Strong's 4.454 Acre tract as recorded in Official Record 69, Page 480 in the Brown County, Ohio Recorder's Office;

Thence from said beginning point and with the centerline of Moon Road South 06 degrees 05 minutes 14 seconds West, a distance of 149.84 feet to a magnail set;

Thence with a new division line through the land of Charles and Virginia Maynard North 83 degrees 54 minutes 46 seconds West passing a 5/8" iron pin set at 25.00 feet for a total distance of 801.87 feet to a 5/8 " iron pin set on the line of James V. and Catherine C. Apgar;

Thence with the line of said Apgar North 05 degrees 14 minutes 41 seconds East a distance of 351.20 feet to a 1" iron pipe found corner to said Apgar;

Thence with the line of said Apgar South 84 degrees 01 minutes 24 seconds East a distance of 349.14 feet to a 1/2" iron pin found corner to Stewart R. and Janet M. Strong;

Thence with the line of said Strong for the next two (2) courses:

South 05 degrees 06 minutes 00 seconds West a distance of 215.95 feet to a 1/2" iron pin found;

South 85 degrees 40 minutes 04 seconds East passing a 3/4" iron pin set at 429.38 feet for a total distance of 454.38 feet to the place of beginning CONTAINING 4.307 Acres more or less subject, however, to all legal highways and easements of record. Basis of bearing is North 84 degrees 29 minutes 00 second West based on Survey 2T-75-682 and all other bearings are based on angles and distances measured in the field.

Permanent Parcel No: 100177440000 (portion of)

27082465 4

. BROWN COUNTY, OH     03/17/2021 12:30:55 PM   OR 507   1625       202100001645      Page: 4 of 36

BROWN COUNTY, OH     05/08/2020 12:50:14 PM   OR 500   5151       202000002230      Page: 6 of 38

TRACT 2 (Lease No. 1):

File No. 300483NCT-2

Chad A. Hawk and Melanie B. Hawk, Husband and Wife for their joint lives remainder to the survivor of them
838 Greenbush Road
Sardinia, OH 45171

Situate in A. Latham's Survey No. 11345, Green Township, Brown County, Ohio, and being 50.529 Acres identified as 10-017636-0000 conveyed to E. Gene or Margaret Ann Cook, Trustees in Official Record Book 213, page 415 in the Brown County, Ohio Recorder's Office and being bounded and more particularly described as follows:

Beginning at an iron spike found in the centerline of Moon road a corner of Diann M. Hall et al.'s 10.000 Acre tract as recorded in Official Record book 400, page 2542 in the Brown County, Ohio Recorder's Office, said point and having Ohio State Plane Coordinates of Northing 400150.9450 and Easting 1573564.4364;

Thence with the line of said Diann M. Hall et al.'s 10.000 Acre tract for the next four (4) courses;
North 72 degrees 51 minutes 19 seconds East a distance of 213.24 feet to a 5/8" iron pin set;
North 77 degrees 14 minutes 30 seconds East a distance of 320.91 feet to a ½" iron pin found;
North 82 degrees 26 minutes 27 seconds East a distance of 123.17 feet to a ½" iron pin found;
North 09 degrees 08 minutes 15 seconds East a distance of 449.36 feet to a ½" iron pin found on the line of Chad A. Hawk's 197.456 Acre tract as recorded in Official Record Book 229, page 596 in the Brown County, Ohio Recorder's Office;

Thence with the line of said Chad A. Hawk's 197.456 Acre tract for the next four (4) courses:
South 81 degrees 59 minutes 06 seconds East a distance of 2017.27 feet to a 5/8" iron pin found;
South 16 degrees 42 minutes 54 seconds West a distance of 493.76 feet to a stone found;
South 81 degrees 40 minutes 57 seconds East a distance of 964.12 feet to a 5/8" iron pin found;
South 17 degrees 11 minutes 44 seconds West a distance of 454.24 feet to a 5/8 iron pin
found corner to Jamie Monk's 18.772 Acre tract as recorded in Official Record Book 440, page 1185 in the Brown County, Ohio Recorder's Office;

Thence with the line of said Jamie Monk's 18.772 Acre tract North 83 degrees 42 minutes 26 seconds West a distance of 94.72 feet to a stone found corner to Chad A. Hawk's 67.748 Acre tract as recorded in Official Record Book 229, page 596 in the Brown County, Ohio Recorder's Office;

Thence with the line of said Chad A. Hawk's 67.748 Acre tract North 81 degrees 44 minutes 26 seconds West a distance of 993.29 feet to a stone found Jeremy Hill's 78.0567 Acre tract as recorded in Official Record Book 303, page 671 in the Brown County, Ohio Recorder's Office;

Thence with the line of said Jeremy Hill's 78.0567 Acre tract North 82 degrees 31 minutes 03 seconds West a distance of 1524.13 feet to a 5/8" iron pin set;

Thence with a division line for the next two courses:
North 10 degrees 29 minutes 16 seconds East a distance of 453.02 feet to a 5/8" iron pin set;
North 82 degrees 31 minutes 03 seconds West a distance of 49.97 feet to a 5/8" iron pin set on the line of E. Gene or Margaret Ann Cook, Trustees' 7.316 Acre tract as recorded in Official Record Book 213, page 415 in the Brown County, Ohio Recorder's Office;

Thence with the line of said E. Gene or Margaret Ann Cook, Trustees' 7.316 Acre tract for the next five (5) courses:

North 10 degrees 29 minutes 16 seconds East a distance of 40.70 feet, reference a 1" iron pipe found at South 10 degrees 29 minutes 16 seconds West a distance of 10.00 feet;

South 89 degrees 51 minutes 54 seconds West a distance of 200.76 feet, reference a 1" iron pipe found at South 02 degrees 26 minutes 08 seconds East a distance of 10.00 feet;

South 81 degrees 39 minutes 11 seconds West a distance of 117.14 feet, reference a 1" iron pipe found at South 12 degrees 03 minutes 20 seconds East a distance of 10.00 feet;

South 75 degrees 42 minutes 15 seconds West a distance of 313.23 feet, reference a 1" iron pipe found at South 17 degrees 13 minutes 39 seconds East a distance of 18.00 feet;

South 72 degrees 51 minutes 19 seconds West a distance of 233.03 feet to an iron spike found in the centerline of said Moon Road (T-57);

Thence with the centerline of said Moon Road (T-57) North 05 degrees 40 minutes 19 seconds East a distance of 54.24 feet to the place of beginning, CONTAINING 50.529 ACRES more or less, subject, however, to all legal highways and easements of record. Bearings are based upon Ohio State Plane Coordinates, Ohio South 3402, NAD83 (Geoid 12A) and all other bearings and distances were measured in the field. This description is based upon a field survey performed by Christopher S. Renshaw, P.S. No.8319 on 7 March 2017.

Permanent Parcel No: 10017636000

TRACT 3 (Lease No. 2):

File No. 300483NCT-3

Charles Etienne and Deborah Etienne
3700 Hughes Road
Mt. Orab, OH 45154

Situate in the Township of Green, County of Brown, and State of Ohio, and further described as follows, to-wit:

Situate in A. Latham's Survey No. 11345, Green Township, Brown County, Ohio, and being bounded and more particularly described as follows:

Beginning at a point on the centerline of State Route 286, said beginning point being N. 86° 59' 00" W. a distance of 1178.79 feet from the centerline intersection of State Route 286 and Moon Road, said beginning point also being the Southwest corner of Doyle Peterson;

Thence with the centerline of State Route 286 for the next two (2) courses:
N-86° 51' 00"-W a distance of 666.02 feet;
Thence N-87° 04' 36"-W a distance of 659.17 feet;
Thence on a new division line through the land of James E. Patton for the next two (2) courses:
N-17° 19' 34"-E a distance of 909.19 feet;
Thence N-78° 37' 38"-W a distance of 893.19 feet to a point on the East line of Adrian Oberrecht;

Thence with Oberrecht's East line N-17° 19' 34"-E a distance of 1577.16 feet corner to Paul Barber;

Thence with Barber's South line S-84° 55' 42"-E a distance of 2092.73 feet corner to Louis Detrick;

Thence with Detrick's West line S-14° 25' 07"-W a distance of 2514.06 feet to the place of beginning CONTAINING 105.000 acres, subject, however, to all legal highways and easements of record.

Surveyed by Gerald S. Renshaw, Registered Surveyor #4872, December 9, 1974.

Prior Deed Reference: Deed 77, Page 311 of the Brown County Recorder's Records.

Permanent Parcel No: 100187760100

**TRACT 4 (Lease No, 3):**

File No. 300483NCT-4

**Joseph D. Evans, unmarried
18405 Huber Road
Mt. Orab, OH 45154**

Situated in Cadwallader Wallace's Virginia Military Survey Nos. 8465, 8466, 13639, 13732 and 14644, in the Township of Green, in the County of Brown in the State of Ohio and bounded and described as follows:

Beginning at a spike found at the intersection of the centerlines of State Route 286 and Driver-Collins Road No. T-70;

thence with the centerline of said Driver-Collins Road for the next two calls, S 18 degrees 21' 36" W a distance of 1592.52 feet to a spike found;

thence S 18 degrees 22' 41" W a distance of 569.74 feet to a spike found in the centerline of Driver-Collins Road and a corner to a 0.708 acre of Allen and Teresa Jones as recorded in Volume 198, Page 5;

thence with two lines of said Jones, N 74 degrees 42' 34" W, passing a 5/8" iron pin set at 20.03 feet, a distance of 224.02 feet to a 5/8" iron pin set;

thence S 16 degrees 01' 04" W a distance of 148.11 feet to a 3/8" iron pin found in the line of a 79.053 acres of Walter and Genoa Holman, as recorded in Volume 148, Page 89;

thence with three lines of said Holmans, N 79 degrees 15' 14" W a distance of 1878.52 feet to a 1" iron pin found;

thence S 18 degrees 07' 40" W a distance of 173.93 feet to a 5/8" iron pin set;

thence N 75 degrees 01' 15" W a distance of 1178.65 feet to a 5/8" iron pin set in the centerline of Clements Road No. T-10;

thence with said centerline N 17 degrees 15' 50" E a distance of 1507.94 feet to a 1" iron pin found in the centerline of said Clements Road and a corner to a 5.63 acres of Jerry L. Fry as recorded in Volume 242, Page 841;

thence with two lines of said Fry, S 86 degrees 59' 00" E a distance of 720.05 feet to a 1" iron pin found;

thence N 2 degrees 32' 00" E a distance of 157.31 feet to a 5/8" iron pin set and a corner to a 3.000 acres of David W. and Kathleen Hall as recorded in Volume 239, Page 387;

thence with said Halls' line, S 87 degrees 28' 00" E a distance of 592.58 feet to a 5/8" iron pin found and a corner to a 2.01 acres of Gerald R. and Bonnie K. Hill, as recorded in Volume 251, Page 327;
thence with five lines of said Hill, S 8 degrees 37' 51" W a distance of 35.89 feet to a 5/8" iron pin set;

thence S 87 degrees 02' 37" E a distance of 300.75 feet to a 5/8" iron pin set;

thence N 1 degree 21' 45" E a distance of 51.30 feet to a 5/8" iron pin set;

thence S 86 degrees 07' 09" E a distance of 95.54 feet to a 5/8" iron pin set;

thence N 10 degree 08' 38" E, passing a 5/8" iron pin set at 178.94 feet, a distance of 199.12 feet to a 1/4" spike set in the centerline of the aforementioned State Route No. 286;

thence with said centerline, S 87 degrees 31' 32" E a distance of 1786.07 feet to the beginning, containing 146.041 acres more or less, being 98.713 acres of the original 100.813 acres and 47.328 acres out of the original 50 acres and 2 rods of the premises transferred to the First National Bank of Cincinnati, Trustee as recorded in Volume 209, Page 368 and subject to all legal highways, easements and restrictions. Bearings are magnetic and based upon the S 86 degrees 59' 00" E line as recorded in Volume 242, Page 841;

LESS AND EXCEPT that part of the subject land lying within the public right of way of Driver-Collins Road and State Route No. 286.

Permanent Parcel No: 10-018820-0100

**TRACT 5 (Lease No. 4):**

File No. 300483NCT-5

**Nanette Neal, Susan Updike, Abby Shelton, Carl E. Jones and Peggy J. Jones**

Susan Updike                                Peggy J. Jones and Carl E. Jones
Nanette Neal                                16647 Driver Collins Road
Abby Shelton                                Mt. Orab, OH 45154
5012 Silver Arrow Drive
Dayton, OH 45424

Situate in C. Wallace Military Survey No. 13639, Green Township, Brown County, Ohio and being bounded and more particularly described as follows:

Beginning at a 1 inch iron pipe, which is also a corner to Joseph D. Evans, that has a bearing of South 75 degrees 30 minutes 18 seconds East, a distance of 2081.49 feet to a found mag nail set over a spike found in the centerline of Driver-Collins Road T-70 at the southeasterly corner of Carl E. Jones, Jr.'s 1.50 acre tract as recorded in Official Record 329, Page 703 in the Brown County, Ohio Recorder's Office; thence from said beginning point South 79 degrees 34 minutes 51 seconds East, a distance of 1387.69 feet; thence South 18 degree 22 minutes 55 seconds West, a distance of 759.45 feet to a found stone corner, corner to Mary M. Miller; thence with the line of said Miller for the next two (2) courses: North 74 degrees 33 minutes 40 seconds West a distance of 1365.21 feet to a 5/8" iron pin set; thence South 18 degrees 38 minutes 44 seconds West, a distance of 1439.39 feet to a 5/8" iron pin set on the line of Raymond L. Jr. and Delores A. McRoberts; thence with the line of said Raymond L. Jr. and Delores A. McRoberts and continuing with the line of Michael E. and Kandi S. McRoberts North 74 degrees 07 minutes 15 seconds West, a distance of 670.33 feet to a 1/2" iron pin and stone found corner to Glorida and Carl J. Piatt; thence with the line of said Piatt North 74 degrees 07 minutes 50 seconds West passing a 5/8" iron pin set at 428.22 feet for a total distance of 446.15 feet to a railroad spike set in the centerline of Clements Road T-71; thence with the centerline of Clements Road T-71 for the next two (2) courses: North 16 degrees 27 minutes 47 seconds East, a distance of 617.82 feet to a 5/8" iron pin found; thence North 16 degrees 21 minutes 22 seconds East, a distance of 1257.19 feet to a 5/8" iron pin found corner to Joseph D. Evans; thence with the line of said Evans for

the next two (2) courses: South 75 degrees 21 minutes 56 seconds East, a distance of 1178.50 feet to a 5/8" iron pin found; thence North 18 degrees 28 minutes 37 seconds East, a distance of 174.61 feet to the point of beginning.

Containing 71.897 acres more or less subject, however, to all legal highways and easements of record.

Bearings based upon State Plane Coordinate System, NAD 1983 (2011), Ohio South Zone, US Survey Foot, NAVD88.

Permanent Parcel No: 100181280000 (portion of)

## TRACT 6 (Lease No. 5):

File No. 300483NCT-6

Chad A. Hawk
838 Greenbush Road
Sardinia, OH 45171

### Parcel One:

Being situated in John Woodbridge, Bond, William Key and Thomas James Military Survey No. 7449 and Allen Latham's Military Survey No. 11345, in the Township of Green, in the County of Brown, in the State of Ohio and bounded and described as follows;

Beginning at an iron pin set at the Northeast corner of a 16 1/5 acres of Omega DeHart as recorded in Volume 88, Page 416 and a corner of P-11 of 50.5 acres;

Thence with said DeHart's line, North 84 deg. 34 min. 35 sec. West a distance of 350.52 feet to an iron pin set and a corner of a 61.284 acres of Lillie B. Cook;

Thence with said Cook's lines for the next four calls, North 17 deg. 58 min. 51 deg. sec. East a distance of 454.38 feet to an iron pin set;

Thence North 80 deg. 54 min. 47 sec. West a distance of 964.41 feet to a stone found;

Thence North 17 deg. 29 min. 38 sec. East a distance of 494.02 feet to a iron pin set;

Thence North 81 deg. 11 min. 52 sec. West passing an iron pin set at 2635.65 feet and passing a spike in the centerline of Moon Road at 2682.15 feet, a distance of 2792.15 feet to a point in the centerline of Sterling Run;

Thence with centerline of said Sterling Run for the next twelve calls, North 69 deg. 32 min. 13 sec. East a distance of 111.84 feet to a spike in the centerline of a bridge over said Sterling Run;

Thence North 74 deg. 19 min. 52 sec. East a distance 75.18 feet to a point;

Thence North 57 deg. 41 min. 19 sec. East a distance of 49.26 feet to a point;

Thence North 86 deg. 13 min. 53 sec. East a distance of 128.00 feet to a point;

Thence North 62 deg. 28 min. 10 sec. East a distance of 50.37 feet to a point;

Thence North 82 deg. 10 min. 02 sec. East a distance of 108.22 feet to a point;

Thence North 31 deg. 10 min. 12 sec. East a distance of 443.10 feet to a point;

Thence North 45 deg. 06 min. 02 sec. East a distance of 107.11 feet to a point;

Thence North 46 deg. 08 min. 28 sec. East a distance of 146.55 feet to a point;

Thence North 50 deg. 08 min. 34 sec. East a distance of 56.44 feet to a point;

Thence North 43 deg. 36 min. 12 sec. East a distance of 300.57 feet to a point;

Thence North 29 deg. 05 min. 03 sec. East distance of 233.21 feet to a point in the centerline of said Sterling Run and a corner to a 55.28 acres of Ralph Smith, etal.;

Thence with said Smith's line and the line of a 103.08 acres of Frank L. Young and an 100 acres of Harold L. Young, South 81 deg. 18 min. 00 sec. East, passing an iron pin set at 15.00 feet, a distance of 2858.87 feet to a stone found and a corner to said Harold L. Young; thence with said Young's line, N 16 deg 38 min 43 sec E a distance of 241.51 feet to an iron pin set and a corner to Paul R. Kautz, etal. tract of 104.75 acres; thence with said Kautz's line, S 79 deg 41 min 37 sec E a distance of 1348.24 feet to a spike set in the centerline of Mobley Road; thence with said centerline for the next three calls, S 14 deg 07 min 31 sec W a distance of 1183.84 feet to a spike set thence S 16 deg 57 min 06 sec W a distance of 412.03 feet to a spike set; thence S 17 deg 28 min 59 sec W, a distance of 1311.07 feet to an iron pin set in the north line of the aforementioned Omega DeHart near a curve in said Mobley Road; thence with two lines of said DeHart N 83 deg 01 min 17 sec W a distance of 1051.79 feet to an iron pin set; thence N 15 deg 32 min 33 sec E distance of 461.89 feet to the beginning, containing 197.456 acres more or less, being a consolidation of the original 75 acres, thence original 41 acres and 9 poles, the original 10 acres, the original 38 acres and 24 poles and the original 50.5 acres of the premises transferred to Clarice W. Roberts, Clarence Junior Werner and Oliver E. Werner of the premises transferred in Volume 164, page 189 and subject to all legal highways and easements. Bearings are magnetic and based upon the S 14 deg 07 min 31 sec W line.

Permanent Parcel No. 10-019-204-0000

Parcel Two

Being situated in Henry Lee's Military Survey No. 11086 and Henry Lee's Military Survey No. 11087, in the Township of Green, in the County of Brown, in the State of Ohio and bounded and described as follows:

Beginning at a stone found at the northwest corner of a 16 1/5 acres of Omega DeHart as recorded in Volume 88, Page 416 and in the line 61.284 acres of Lillie B. Cook; thence with DeHart's line, S 17 deg 45 min 16 sec W distance of 1524.19 feet to an iron pin set and a corner to DeHart;

thence with two lines of said DeHart, S 17 deg 33 min 07 sec W a distance of 520.05 feet to an iron pin set at the northwest corner of and old existing road to Mobley Road (road fenced);

thence with said road, S 18 deg 37 min 50 sec W a distance of 1007.86 feet to an iron pin set in said road and a corner to the property of the Prudential Company of America's 85.403 acres;

thence with a line of said property and with said existing road, N 82 deg 21 min 54 sec W a distance of 950.62 feet to an iron pin set and a corner to a 10.872 acres of Harold Young;

thence with Said Young's line and the line of a 77.50 acres of Vhurl Kattine, etal., N 17 deg 08 min 57 sec E a distance of 3068.89 feet to an iron pin set in the line of the aforementioned Lillie B. Cooke;

thence with said Cook's line, S 80 deg 56 min 52 sec E a distance of 993.26 feet to the beginning, containing 67.748 acres more or less, being a part of Parcel 1 of the original 83 acres of the Premises transferred to Clarice W. Roberts, Clarence Junior Werner and Oliver E. Werner in Volume 164, Page 189 and subject to all legal highways and easements and included with and subject to the above mentioned old existing road to be used by grantors and grantees for ingress and egress to and from Mobley Road over the now existing roadway. Bearings are magnetic and based upon the S 14 deg 07 min 31 sec W line.

Permanent Parcel No. 10-019-204-0100

### TRACT 7 (Lease No. 6):

File No. 300483NCT-7

**Chad A. Hawk and Melanie B. Hawk, husband and wife, for their joint lives, remainder to the survivor of them**
**838 Greenbush Road**
**Sardinia, OH 45171**

Tract 1:

Situated in J. Woodbridge, T James and W. K. Bond Military Survey No. 7449, Green Township, Brown County, Ohio and being part of the land conveyed to Omega DeHart as recorded in Deed Book 88, Page 416 in the Brown County Ohio Recorder's Office and being bounded and more particularly described as follows:

Beginning at a railroad spike set in the centerline of Mobley Road, said beginning point being North 85 degrees 18 minutes 09 seconds West a distance of 91.47 feet from a mag nail found at the northeasterly corner of James and Rebecca Cooper's 21.5191 acre tract as recorded in Official Records 118, Page 399 in the Brown County, Ohio Recorder's Office;

Thence from said beginning point and with the line of said Cooper and with the centerline of an abandoned road (name unknown) North 85 degrees 18 minutes 09 seconds West, a distance of 548.53 feet to a ½" iron pin found corner to said Cooper;

Thence with the line of said Cooper, South 16 degrees 39 minutes 48 seconds West a distance of 1008.97 feet to a ½" iron pin found corner to said Cooper;

Thence with the line of said cooper South 81 degrees 37 minutes 40 seconds East a distance of 220.13 feet to a stone found corner to said Cooper;

Thence with the line of said Cooper, South 21 degrees 15 minutes 23 seconds, West a distance of 24.70 feet to a ½" iron pin found corner to said Cooper and corner to Jerry R. and Susan H. Reeves and Linda Kratzer;

Thence with the line of said Reeves and Kratzer, South 17 degrees 16 minutes 01 seconds West a distance of 432.10 feet to a stone found corner to Jerry Reeves;

Thence with the line of Reeves, North 85 degrees 45 minutes 12 seconds West a distance of 753.27 feet to a 5/8" iron pin set;

Thence with a new division line through the land of Omega DeHart for the next four (4) courses;

North 15 degrees 56 minutes 56 seconds East a distance of 791.06 feet to a 5/8" iron pin set;
South 85 degrees 14 minutes 29 seconds East a distance of 288.02 feet to a 5/8" iron pin set;
North 16 degrees 39 minutes 39 seconds East a distance of 1228.64 feet to a 5/8" iron pin set;
South 86 degrees 49 minutes 23 seconds East passing a 5/8" iron pin set at 661.14 feet for a total distance of 681.14 feet to a mag nail set in the center line of Mobley Road;

Thence with the centerline of said road South 03 degrees 10 minutes 37 seconds West a distance of 543.27 feet to the place of beginning. Containing 25.00 acres, more or less. Basis of bearing is North 85 degrees 18 minutes 09 seconds West based on Survey 2T-7S-247 and all other bearings are based on angles and distances measured in the field.

Permanent Parcel No. 10-017840-0500

## Tract 2:

A tract of land situated in Green Township of Brown County, State of Ohio and in Woodbridge & Bonds' M.S. No. 7449, lying west of and adjacent to Mobley Road and more particularly described as follows:

Beginning at a spike set in the centerline of Mobley Road at the Southeast corner to the 1.552 acre tract conveyed to Glenn & Ruth E. Hewitt, OR 28, Page 297; thence along Mobley Road; S04°40'03W., 543.31 feet to a spike found at a corner to the 25.00 acre tract conveyed to Teresa Vance, OR 246, Page 1344; thence with the line of Teresa Vance, N85°20'01"W 681.14 feet, passing a 5/8" iron pin found at 20.00 feet, to a 1/2" iron pin set, S18°08'56"W 1228.64 feet to a 5/8" iron pin found, N83°45'25"W 288.02 feet to a 5/8" iron pin found, and S17°26'59"W 791.06 feet to a 5/8" iron pin found at a corner to the 106.264 acre tract conveyed to Michael R. Reeves, OR 341, Page 929, thence with the line of Michael R. Reeves; N83°59'51"W 1546.28 feet to a 1/2" iron pin found, and S18°48'50"W 923.96 feet to a stone found at a corner to the 96.00 acre tract conveyed to Danny W. Moon & Bruce M. Moon, Trustee, OR 370, Page 2178, thence with the line of Danny W. Moon & Bruce M. Moon, Trustee; N83°00'45"W 455.60 feet to a wood post, referenced by a 5/8" iron pipe found at N83°00'45"W 2.50 feet at a corner to the 85.403 acre tract conveyed to Danny W. Moon, OR 303, Page 395, thence with the line of Danny W. Moon, N16°38'21"E 1393.52 feet to a 5/8" iron pin found at a corner to the 67.748 acre tract conveyed to Chad A. Hawk OR 229, Page 596, thence with the line of Chad A. Hawk, N18°37'50"E 1007.86 feet to a 1/2" iron pin set, N17°33'07"E 520.05 feet to a 1/2" iron pin set, and N17°50'19"E 631.84 feet to a 5/8" iron pin found at a corner to the 18.112 acre tract conveyed to Calvin DeHart, OR 375, Page 1732, thence with the line of Calvin DeHart, S86°37'36"E 1681.18 feet to a 5/8" iron pin found at a corner to the 6.0551 acre tract conveyed to Charles L. Gallimore, OR 363, page 1128, thence with the line of Charles L. Gallimore, S85°05'48"E 800.63 feet to a 1/2" iron pin found at a corner to the 1.552 acre tract conveyed to Glenn & Ruth E. Hewitt, OR 28, Page 297, thence with the line of Glenn & Ruth E. Hewitt, S07°49'00"W 78.96 feet to a 1/2" iron pin found, and S74°13'44E 395.60 feet, passing a 1/2" iron pin set at 375.60 feet, to the Place of Beginning and containing 154.225 acres, being subject to all existing easements of record;

LESS AND EXCEPT that part of the subject land lying within the public right of way of Mobley Road.

Bearings are magnetic and based upon the record bearing (N18°37'50"E) being an East line of the 67.748 acre tract recorded in OR 229, Page 596.

Being part of the land conveyed by Omega DeHart by deed recorded in DB 88, Page 416 in the Office of the Recorder of Brown County, Ohio.

Permanent Parcel No: 100178400000

**TRACT 8 (Lease No. 7):**

File No. 300483NCT-8

Hawk Family Farm, LLC, an Ohio Limited Liability Company
3471 Beltz Road
Sardinia, OH 45171

Being situated in the Township of Green, in the County of Brown, in the State of Ohio, and also being a part of the John Woodbridge and W. Bond, William Key, and Thomas James 7499 and being bounded and particularly described as follows:

Beginning at a nail in the center of Mobley road with a bearing of North 13 degrees 42 minutes 51 seconds East, a distance of 2064.06 feet to a spike found at the intersection of the centerlines of State Route 286 and Mobley Road; thence South 86 degrees 36 minutes 03 seconds East, a distance of 716.39 feet to a stone with 2.5 inch steel pipe at the corner of Kenneth W. and Terri L. Osborn; thence with the line of said Osborn, South 03 degrees 43 minutes 51 seconds West 1387.60 feet to a 5/8 rebar and the corner of Joe H. Rosselott; thence with said Rosselott, South 03 degrees 26 minutes 34 seconds West, a distance of 1293.92 feet to a 2.5 inch steel pipe in the line of Kim and Leonard Rosselott; thence with Kim and Leonard Rosselott's line, North 85 degrees 16 minutes 59 seconds West, passing a rebar at 1142.01 feet, a total distance of 1166.99 feet to a PK nail in the center of the aforementioned Mobley road at the northwest corner of said Rosselott; thence continuing with said centerline for the next two (2) calls, North 13 degrees 12 minutes 48 seconds East 1188.07 feet to a railroad spike; thence North 13 degrees 13 minutes 01 second East 1506 04 feet to the point of beginning.

Containing 57.640 acres more or less, subject, however, to all legal highway and easements of record.

Bearings based upon State Plane Coordinate System, NAD 1983(2011), Ohio South Zone, US Survey Foot, NAVD88.

Permanent Parcel No: 100181240000 (portion of)

**TRACT 9 (Lease No. 8):**

File No. 300483NCT-9

John M. Hawk
260 Waits Road
Sardinia, OH 45171

Being situated in the Cadwalladef Wallace's Military Survey Nos. 8465, 8466, 13639, 13732 and 14644, in the Township of Green, in the County of Brown, in the State of Ohio and bounded and described as follows:

Beginning at a spike found at the intersection of State Route No. 286 and Driver-Collins Road and at the northwest corner of the original 54.42 acres; thence with the centerline of State Route 286, S. 87 degrees 25' 00" E. a distance of 562.28 feet to a spike found in the said centerline and a corner to a 3.64 acres of Elburn Malott; thence with said Malott's line and with a division line through the 54.42 acres, S. 5 degrees 31' 00"; W, passing an iron pin set at a corner to said Malott at 324.68 feet, a distance of 1081.71 feet to an iron pin set; thence with a division line

through the original 54.42 acres, N. 82 degrees 19' 00" W. passing an iron pin set at 771.23 feet, a distance of 796.68 feet to a spike set in the centerline of the aforementioned Driver-Collins Road; thence with said centerline, N. 18 degrees 26' 00" E. a distance of 1049.35 feet to the beginning, CONTAINING 16.400 acres more or less, being a part of the original 54.42 acres of the premises transferred to Gary McClellan in Volume 119, Page 602 and subject to all legal highways and easements. Bearings are magnetic and based upon the N. 18 degrees 26' 00" E. line.

A survey of this property was made by Robert E. Satterfield, Surveyor No. 4238, West Union, Ohio on December 30, 1982.

ALSO THE FOLLOWING DESCRIBED REAL ESTATE:

Being situated in Cadwallader Wallace's Military Survey Nos. 8465, 8466, 13639, 13732 and 14644, in the Township of Green, in the County of Brown, in the State of Ohio and bounded and described as follows: Beginning at a reference point at a spike found at the intersection of State Route No. 286 and Driver-Collins Road and the northwest corner of the original 54.42 acres; thence with the centerline of said State Route No. 286, S. 87 degrees 25' 00" E. a distance of 1009.53 feet to a spike found in the said centerline and a corner to a 3.64 acres of Elburn Malott and being the real point of beginning; thence with the centerline of said Stale Route No. 286, S. 87 degrees 25' 00" E. a distance of 556.49 feet to a spike found in said centerline and a corner to Robert Gill; thence with Gill's line and the line of Willard C. Hawk, S. 17 degrees 08' 59" W. a distance of 1659.97 feet to an iron pin set in said Hawk's line and a corner to William H. Martin; thence with said Martin's line, N. 84 degrees 45' 59" W. a distance of 371.95 feet to an iron pin set in said Martin's line; thence with three division lines through the original 54.42 acres, N. 11 degrees 25' 32" E. a distance of 481.47 feet to an iron pin set; thence N. 82 degrees 19' 00" W. a distance of 375.55 feet to an iron pin set; thence N. 5 degrees 31' 00" E. a distance of 757.03 feet to an iron pin set and a corner to the aforementioned Elburn Malott; thence with two lines of said Malott, S. 85 degrees 55' 38" E. a distance of 482.17 feet to an iron pin found; Thence N. 4 degrees 36' 00" E. a distance of 337.00 feet to the beginning. Containing 24.126 acres more or less, being a part of the original 54.42 acres of the premises transferred to Gary McClellan in Volume 119, Page 602 and subject to all legal highways and easements. Bearings are magnetic and based upon the S. 87 degrees 25' 00" E. line.

Permanent Parcel Nos. 10-018708-0100 and 10-072456-0000

### TRACT 10 (Lease No. 9):

File No. 300483NCT-10

Howard A. Hawk and Karen A. Hawk, as to a 1/2 interest, and Chad A. Hawk and Melanie B. Hawk, as to a 1/2 interest

| Howard A. Hawk and Karen A. Hawk | Chad A. Hawk and Melanie B. Hawk |
|---|---|
| 3471 Beltz Road | 838 Greenbush Road |
| Sardinia, OH 45171 | Sardinia, OH 45171 |

Situated in Green Township of Brown County, State of Ohio and in A. Latham's M.S. No. 11345 & C. Wallace's M.S. Nos. 8435, 8466, 13639, 13732 & 14644, lying west of and adjacent to Moon Road and more particularly described as follows:

Beginning at a spike found in the centerline of Moon Road at the northeast corner to the 6.357 acre tract conveyed to John F., Jr. & Kimberly R. Clark, O. R. 355, Page 1303;

BROWN COUNTY, OH          03/17/2021  12:30:55 PM     OR 507    1635          202100001645               Page: 14 of 36

BROWN COUNTY, OH          05/08/2020  12:50:14 PM     OR 500    5161          202000002230               Page: 16 of 38

Thence with the line of John F., Jr. & Kimberly R. Clark, S 88 deg. 48 min. 31 sec. W, 259.00 feet, passing a 1/2" iron pin found at 20.00 feet, to a 1/2" iron pin found, and S 88 Deg. 46 min. 12 sec. W, 1046.13 feet to a 1/2" iron pin found at a corner to the 61.475 acre tract conveyed to Lawrence D. & Kathryn J. Hutchens, D. B. 260, Pg. 237;

Thence with the line of Lawrence D. & Kathryn J. Hutchens S 88 deg. 46 min. 12 sec. W, 694.78 feet to a 1" iron pipe found, N 05 deg. 03 min. 01 sec. E, 738.21 feet to a 1" iron pipe found, and N 80 deg. 35 min. 48 sec. W, 1747.13 feet to a ¾" iron pipe found at a corner to the 76.92 acre tract conveyed to William H. & Regina B. Martin, D.B. 121, Page 211;

Thence with the line of William H. & Regina B. Martin and the line of the 40.526 acre tract conveyed to John M. Hawk, O.R. 366, Pg. 2029 N 11 deg. 02 min. 07 sec. E, 879.87 feet to a 3/4" iron pin found at a corner to the 66.521 acre tract conveyed to Rakesh K. Gupta, Trustee, D. B. 274, Pg. 365;

Thence with the line of Rakesh K. Gupta, Trustee S 80 deg. 29 min. 55 sec. E, 1651.99 feet to a stone found, and N 04 deg. 42 min. 47 sec. E, 678.51 feet to a 3/4" pipe found at a corner to the 91.98 acre tract conveyed to Frank L. & Janice A. Young, Trustees, O. R. 378, Page 1674;

Thence with the line of Frank L. & Janice A. Young, Trustees N. 88 deg. 33 min 54 sec E, 623.05 feet to a 1/2" iron pin set;

Thence with a severance line S 01 deg. 54 min. 02 sec. E, 1252.96 feet to a 1/2" iron pin set, S 86 deg. 12 min. 15 sec. E, 321.09 feet to a 1/2" iron pin set, S 11 deg. 32 min. 55 sec. E, 77.43 feet to a 1/2" iron pin set, S 36 deg. 08 min/ 25 sec. E, 125.75 feet to a 1/2" iron pin set, S 46 deg. 29 min. 57 sec. E, 96.69 feet to a 1/2" iron pin set, and S 39 deg. 06 min. 11 sec. E, 299.79 feet to a 3/4" iron pin found at a corner to the 5.995 acre tract conveyed to Michael J., Jr. and Karen L. Vance, O. R. 378, Pg. 638;

Thence with the line of Michael J., Jr. & Karen L. Vance S 50 deg. 39 min. 56 sec. E, 71.00 feet to a 3/4" iron pin found, S 22 deg. 38 min. 16 sec. E, 331.36 feet to a 1/2" iron pin found, and S 88 deg. 03 min. 43 sec. E, 295.32 feet, passing a 1/2" iron pin set at 275.32 feet, to a spike found in the centerline of Moon Road;

Thence along Moon Road S 02 deg. 32 min. 45 sec. W, 149.96 feet to the place of beginning and containing 89.543 acres of which 1.001 acres are in (P.N. 100181760300) and 88.542 acres are in (P.N. 100181760500), being subject to all existing easements of record. Bearings are magnetic and based upon the record bearing (S 88 deg. 46 min. 12 sec. W), being the north line of the 6.357 acre tract recorded in O. R. 355, Pg. 1303. Being a consolidation of the 1.001 acres conveyed to Kenneth R., Sr. & Darlene A. Jones by deed recorded in O. R. 391, Pg. 132 and 88.543 acres of the 173.3264 acres conveyed to Kenneth R. & Darlene A. Jones by deed recorded in O. R. 326, Pg. 1613 in the Office of the Recorder of Brown County, Ohio. This description was prepared by James B. Mitchell, Registered Surveyor No. 6692 on February 27, 2010 based on a field survey.

Permanent Parcel No: 10-018-176-0300

TRACT II (Lease No. 10):

File No. 300483NCT-11

**Jay Andrew Holden and Denise Lea Holden, during their joint lives and the remainder to the survivor of them, his or her heirs and assigns forever**
**4437 State Route 286**
**Mt. Orab, OH 45154**

Situated in the Township of Green, County of Brown, State of Ohio, being part of A. Latham's VMS No. 11345, also being bounded and described as follows:

Beginning at a spike (found) at the intersection of State Route 286 and Driver-Collins Road (T-70); thence with said Driver-Collins Road North 17 degrees 07 minutes 27 seconds East, a distance of 775.96 feet; thence North 88 degrees 02 minutes 50 seconds West, a distance of 583.90 feet to the line of Carl M. Dietrick; thence with said Dietrick for three (3) calls North 16 degrees 48 minutes 04 seconds East, a distance 1215.04 feet to an iron pipe; thence North 88 degrees 12 minutes 44 seconds West, a distance of 545.38 feet to a 1/2 inch rebar; thence North 15 degrees 16 minutes 45 seconds East, a distance of 909.95 feet to an iron pipe at the corner of Lawrence D. Hutchens; thence with said Hutchens South 88 degrees 37 minutes 31 seconds East, a distance of 1169.57 feet to a railroad spike in the center of said Driver-Collins Road; thence with said Driver-Collins Road N16 degrees 44 minutes 02 East, a distance of 122.85 feet to a railroad spike at the corner to Denise Lea and Jay Andrew Holden; thence with said Holden and also Russell L. and Cynthia A. Barber South 85 degrees 43 minutes 13 seconds East, a distance of 1547.08 feet to a 1/2 inch rebar; thence with said Barber also Charles and Deborah Etienne also Carolyn M. and Roger E. Rom, Co-Trustees also Jackie L. and Charles G. Rowe South 16 degrees 28 minutes 39 seconds West, a distance of 2974.84 feet to a railroad spike in the center of said State Route 286; thence with said State Route 286 North 87 degrees 52 minutes 37 seconds West, a distance of 431.91 feet to a PK nail at a corner to Kimberly K. Bradley; thence with said Bradley for seven (7) calls North 01 degree 28 minutes 06 seconds East, a distance of 223.18 feet to an iron pipe; thence South 70 degrees 35 minutes 06 seconds West, a distance of 112.42 feet to an iron pipe; thence N 89 degrees 18 minutes 54 seconds West, a distance of 70.10 feet to an iron pipe; thence North 79 degrees 16 minutes 54 seconds West, a distance of 104.10 feet to an iron pipe; thence North 52 degrees 41 minutes 54 seconds West, a distance of 19.99 feet to an iron pipe; thence North 45 degrees 33 minutes 54 seconds West, a distance of 175.75 feet to a rebar; thence South 03 degrees 23 minutes 06 seconds West, a distance of 325.60 feet to a PK nail in the center of said State Route 286; thence with said State Route 286 North 87 degrees 52 minutes 37 seconds West, a distance of 729.97 feet to the Point of Beginning;

LESS AND EXCEPT that part of the subject land lying within the public right of way of Driver-Collins Road and State Route 286.

Containing 142.692 Acres more or less and being subject to all legal rights of ways and easements of record.

Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot

Permanent Parcel No. 100187480000 (portion of)

**TRACT 12 (Lease No. 11):**

File No. 300483NCT-12

Carl E. Jones and Peggy J. Jones, husband and wife
16647 Driver Collins Road
Mt. Orab, Ohio 45154

Situate in C. Wallace's Military Survey No. 13639, Green Township, Brown County, Ohio, and being bounded and more particularly described as follows:

Beginning at a 1 inch pinch iron pipe with a bearing of North 63 degrees 46 minutes 58 seconds East, a distance of 584.78 feet to a found MAG nail set over a spike found in the centerline of Driver-Collins Road T-70 at the southeasterly corner of Carl E. Jones, Jr.'s 1.50 acre tract as recorded in Official Record 329, Page 703 in the Brown County, Ohio Recorder's Office; thence from said point of beginning with the line of Cathy Griffith and Peggy J. Jones South 74 degrees 36 minutes 44 seconds East a distance of 102.61 feet; thence South 17 degrees 58

minutes 51 seconds West, a distance of 598.24 feet to the corner to said Jones and Mary M. Miller; thence with the line of said Miller North 74 degrees 09 minutes 07 seconds West, a distance of 392.68 feet to a 1 inch pinch iron pipe corner to said Miller; thence with the line of said Miller North 18 degrees 18 minutes 51 seconds East, a distance of 312.51 feet to a stone found corner to said Miller and said Griffith and Jones; thence with the line of said Griffith and Jones for the next four (4) courses, North 18 degrees 22 minutes 55 seconds East, a distance of 404.99 feet to a 1 inch pinch iron pipe; thence South 79 degrees 00 minutes 27 seconds East, a distance of 134.93 feet to a 1 inch pinch iron pipe; thence South 48 degrees 32 minutes 43 seconds East, a distance of 160.94 feet to a 1 inch pinch iron pipe; thence South 14 degrees 32 minutes 29 seconds West, a distance of 61.69 feet, to the point of beginning.

Containing 6.075 acres more or less, subject, however, to all legal highway and easements of record.

Bearings based upon State Plane Coordinate System, NAD 1983 (2011), Ohio South Zone, US Survey Foot, NAVD88.

Permanent Parcel No: 100181280200 (portion of)

## TRACT 13 (Lease No. 12):

File No. 300483NCT-13

**Kenneth R. Jones and Darlene Jones, husband and wife, for their joint lives the remainder to the survivor of them**
**16618 Moon Road**
**Mt. Ofab, OH 45154**

Situated in A. Latham's Military Survey No. 11345 and in C. Wallace's Military Survey Nos. 8435, 8466, 13639, 13732 and 14644, Green Township, Brown County, Ohio and being bounded and more particularly described as follows:

Beginning at a P. K. Spike Set on the center line of Moon Road at the Southwest corner of Melvin E. and Frances Neely's 9.96 acre tract as recorded in Deed Book 91, Pages 279 and 281 of the deed records of Brown County, Ohio;

thence from said beginning point and with the line of said Neely South 88 degrees 45 minutes 20 seconds East passing 1/2" iron pins set at 19.00 feet and at 945.60 feet for a distance of 963.55 feet to a point in Starling run on the line of Ralph and Susie Smith;

thence down said run and with the line of said Smith for the next three courses:
South 12 degrees 54 minutes 00 seconds East a distance of 892.85 feet to a 1/2" iron pin set in said run; South 31 degrees 39 minutes 58 seconds East a distance of 53.62 feet to a 1/2" iron pin set;
South 00 degrees 56 minutes 44 seconds West a distance of 286.51 feet to a point in said run corner to said Smith and corner to Clarice W. Roberts and Anna Belle and Oliver E. Werner reference a 5/8" iron pin found South 85 degrees 00 minutes 00 seconds East a distance of 17.00 feet;

thence with the line of said Roberts and Werner and continuing down said run South 18 degrees 49 minutes 46 seconds West a distance of 235.20 feet to a point in said run corner to Kenneth R. and Darlene A. Jones reference a 3/4" iron pipe found South 88 degrees 51 minutes 27 seconds West a distance of 15.58 feet;

thence with the line of said Jones South 88 degrees 51 minutes 27 seconds West passing a 1/2" iron pin set at 1152.59 feet for a total distance of 1172.59 feet to a 1/2" iron pin found on the center line of said Moon Road corner to said Jones;

thence with the center line of said Road South 02 degrees 33 minutes 00 seconds West a distance of 250.06 feet to a P. K. spike found corner to Kenneth R. Jones, Jr.;

thence with the line of said Jones Jr., North 88 degrees 03 minutes 43 seconds West passing a 1/2" iron pin found at 20.00 feet for a total distance of 295.32 feet to a 1/2" iron pin found corner to said Jones Jr.,

thence with the line of said Jones Jr., South 10 degrees 08 minutes 58 seconds East a distance of 167.80 feet to a 1/2" iron pin found corner to said Jones Jr. and on the line of Richard Wallace;

thence with the line of said Wallace and continuing with the line of Lawrence D. and Kathryn J. Hutchens South 88 degrees 46 minutes 12 seconds West a distance of 1740.91 feet to a 1" iron pipe found corner to said Hutchens;

thence with the line of said Hutchens North 05 degrees 04 minutes 03 seconds East a distance of 738.25 feet to a 1" iron pipe found corner to said Hutchens;

thence with the line of said Hutchens North 80 degrees 36 minutes 09 seconds West, a distance of 1747.40 feet to a 3/4" iron pipe found corner to said Hutchens and on the line of William H. And Regina B. Martin;

thence with the line of said Martin North 11 degrees 02 minutes 21 seconds East passing a 5/8" iron pin found at the Southeasterly corner of Thad H. and Virginia C. Hawk for a total distance of 879.97 feet to a 3/4" iron pin set corner to Rakesh K. Gupta Trustees;

thence with the line of said Gupta South 80 degrees 30 minutes 00 seconds East a distance of 1651.96 feet to a stone found corner to said Gupta;

thence with the line of said Gupta North 04 degrees 41 minutes 46 seconds East a distance of 678.20 feet to a 3/4" iron pipe found corner to Harold and Dorothy Young;

thence with the line of said Young North 88 degrees 32 minutes 57 seconds East passing a 1/2" iron pin set at 1879.62 feet for a total distance of 1899.65 feet to a P. K. Spike set on the center line of Moon Road;

thence with the center line of said road South 01 degrees 55 minutes 17 seconds West a distance of 424.26 feet to the place of beginning. Containing 173.3264 acres more or less, subject however to all legal highways and easements of record and being all of the land identified as Parcel No. 10-018176-0000 conveyed to Willard C. Hawk, Trustee etal as recorded in Deed Book OR 13, Page 161 of the Deed Records of Brown County, Ohio. Basis of bearing is South 88 degrees 51 minutes 27 seconds West established by G. S. Renshaw's Survey, 2T075-504/505 of the Deed Records of Brown County, Ohio. Surveyed by Gerard S. Renshaw, Registered Surveyor, December 5, 1995.

SAVE AND EXCEPT :

Situate in A. Latham Military Survey No. 111345, Green Township, Brown County, Ohio, and being a part of the land conveyed to Kenneth R. and Darlene A. Jones as recorded in Official Record 228, Page 1485 in the Brown County, Ohio Recorder's Office and being bounded and more particularly described as follows:

Beginning at a magnail set over a spike found in the centerline of Moon Road, said beginning point being South 02 degrees 06 minutes 20 seconds West a distance of 1522.57 feet from a P. K. spike found in the center line intersection of Moon Road and State Route No. 286;

BROWN COUNTY, OH     03/17/2021 12:30:55 PM    OR 507    1639        202100001645      Page: 18 of 36

BROWN COUNTY, OH     05/08/2020 12:50:14 PM    OR 500    5165        202000002230      Page: 20 of 38

thence from said beginning point and with the center line of said road South 01 degrees 17 seconds West, a distance of 200.00 feet to a magnail set;

thence with a new division line through the land of Kenneth R. and Darlene A. Jones South 88 degrees 32 minutes 57 seconds West passing a 5/8" iron pin set at 20.03 feet for a total distance of 933.07 feet to a 5/8" iron pin set;

thence with a new division line through the land of said Jones North 02 degrees 11 minutes 00 seconds West a distance of 199.67 feet to a 5/8" iron pin set on the line of Harold L. and Dorothy J. Young, Trustees;

thence with the line of said Young North 88 degrees 32 minutes 57 seconds East passing a 1/2" iron pin found at 927.36 feet for a total distance of 947.39 feet to the place of beginning. Containing 4.3095 acres more or less, subject however, to all legal highways and easements of record. Basis of bearing is South 01 degrees 55 minutes 17 seconds West based on Survey 2T-75-76 and all other bearings are based on angles and distances measured in the field. This description was prepared by Gerald S. Renshaw, Ohio Registration No. 4872 on 07 August, 2001 based on an actual field survey.

SAVE AND EXCEPT:

Situated in A. Latham's Military Survey No. 11345 and in C. Wallace's Military Survey Nos. 8435, 8466, 13639, 13732 and 14644, Green Township Brown County, Ohio and part of the land conveyed to Donavan Jones as recorded in Official Record 297, Page 2264 in the Brown County Recorder's Office and being bounded and more particularly described as follows:

Beginning at a magnail set over a spike found in the centerline of Moon Road at the most Northeasterly corner of Kenneth R. Jones, Jr.'s 1.001 acre tract as recorded in Deed Book 266, Page 806 in the Brown County, Ohio Recorder's Office;

thence from said beginning point and with the line of said Kenneth R. Jones, Jr. North 88 degrees 03 minutes 43 seconds West passing a 1/2" iron pin found at 20.00 feet for a total distance of 295.32 feet to a 1/2" iron pin found at 20.00 feet for a total distance of 295.32 feet to a 1/2" iron pin found on the Easterly bank of a branch;

thence with a new division line through the land of said Donavan Jones and with the Easterly bank of said branch for the next two (2) courses: North 22 degrees 38 minutes 16 seconds West a distance of 331.36 feet to a 3/4" iron pin set; North 50 degrees 39 minutes 56 seconds West a distance of 71.00 feet to a 3/4" iron pin set;

thence with the Easterly bank of a smaller branch for the next two (2) courses: North 33 degrees 58 minutes 18 seconds East a distance of 80.58 feet to a 3/4" iron pin set; North 02 degrees 18 minutes 28 seconds East a distance of 220.55 feet to a 3/4" iron pin set;

thence leaving the branch and continuing with a new division line through the land of Donavan Jones South 87 degrees 34 minutes 34 seconds East, passing a 3/4" iron pin set at 426.27 feet for a total distance of 451.27 feet to a magnail set in the center line of said road;

thence with the centerline of said road and a new division line through the land of said Donavan Jones South 02 degrees 25 minutes 26 seconds West a distance of 379.45 feet to a magnail set over a spike found;

thence continuing with the centerline of said road South 02 degrees 33 minutes 01 seconds West a distance of 250.06 feet to the place of beginning CONTAINING 5.995 acres more or less subject, however, to all highways and easements of record. Basis of bearing is South 02 degrees 33 minutes 01 seconds West based on 2T-75-76 and all other bearings are based on angles and distances measured in the field.

SAVE AND EXCEPT:

Situated in Green Township of Brown County, State of Ohio and in A. Latham's M.S. No. 11345 & C. Wallace's M.S. Nos. 8435, 8466m 13639, 13732 & 14644, lying west of and adjacent to Moon Road and more particularly described as follows:

Beginning at a spike found in the centerline of Moon Road at the northeast corner to the 6.357 acre tract conveyed to John F., Jr. & Kimberly R. Clark, O. R. 355, Page 1303;

thence with the line of John F., Jr. & Kimberly R. Clark, S 88 deg. 48 min. 31 sec. W, 259.00 feet, passing a 1/2" iron pin found at 20.00 feet, to a 1/2" iron pin found, and S 88 Deg. 46 min. 12 sec. W, 1046.13 feet to a 1/2" iron pin found at a corner to the 61.475 acre tract conveyed to Lawrence D. & Kathryn J. Hutchens, D. B. 260, Pg. 237;

thence with the line of Lawrence D. & Kathryn J. Hutchens S 88 deg. 46 min. 12 sec. W, 694.78 feet to a 1" iron pipe found, N 05 deg. 03 min. 01 sec. E, 738.21 feet to a 1" iron pipe found, and N 80 deg. 35 min. 48 sec. W, 1747.13 feet to a 3/4: iron pipe found at a corner to the 76.92 acre tract conveyed to William H. & Regina B. Martin, D.B. 121, Page 2211;

thence with the line of William H. & Regina B. Martin and the line of the 40.526 acre tract conveyed to John M. Hawk, O.R. 366, Pg. 2029 N 11 deg. 02 min. 07 sec. E, 879.87 feet to a 3/4" iron pin found at a corner to the 66.521 acre tract conveyed to Rakesh K. Gupta, Trustee, D. B. 274, Pg. 365;

thence with the line of Rakesh K. Gupta, Trustee S 80 deg. 29 min. 55 sec. E, 1651.99 feet to a stone found, and N 04 deg. 42 min. 47 sec. E, 678.51 feet to a 3/4" pipe found at a corner to the 91.98 acre tract conveyed to Frank L. & Janice A. Young, Trustees, O. R. 378, Page 1674;

thence with the line of Frank L. & Janice A. Young, Trustees N. 88 deg. 22 min 54 sec E, 623.05 feet to a 1/2" iron pin set; thence with a severance line S 01 deg. 54 min. 02 sec. E, 1252.96 feet to a 1/2" iron pin set, S 86 deg. 12 min. 15 sec. E, 321.09 feet to a 1/2" iron pin set, S 11 deg. 32 min. 55 sec. E, 77.43 feet to a 1/2" iron pin set, S 36 deg. 08 min/ 25 sec. E, 125.75 feet to a 1/2" iron pin set, S 46 deg. 29 min. 57 sec. E, 96.69 feet to a 1/2" iron pin set, and S 39 deg. 06 min. 11 sec. E, 299.79 feet to a 3/4" iron pin found at a corner to the 5.995 acre tract conveyed to Michael J., Jr. and Karen L. Vance, O. R. 378, Pg. 638; thence with the line of Michael J., Jr. & Karen L. Vance S 50 deg. 39 min. 56 sec. E, 71.00 feet to a 3/4" iron pin found, S 22 deg. 38 min. 16 sec. E, 331.36 feet to a 1/2" iron pin found, and S 88 deg. 03 min. 43 sec. E, 295.32 feet, passing a 1/2" iron pin set at 275.32 feet, to a spike found in the centerline of Moon Road; thence along Moon Road S 02 deg. 32 min. 45 sec. W, 149.96 feet to the place of beginning and containing 89.543 acres of which 1.001 acres are in (P.N. 100181760300) and 88.542 acres are in (P.N. 100181760500), being subject to all existing easements of record. Bearings are magnetic and based upon the record bearing (S 88 deg. 46 min. 12 sec. W), being the north line of the 6.357 acre tract recorded in O. R. 355, Pg. 1303. Being a consolidation of the 1.001 acres conveyed to Kenneth R., Sr. & Darlene A. Jones by deed recorded in O. R. 391, Pg. 132 and 88.543 acres of the 173.3264 acres conveyed to Kenneth R. & Darlene A. Jones by deed recorded in O. R. 326, Pg. 1613 in the Office of the Recorder of Brown County, Ohio. This description was prepared by James B. Mitchell, Registered Surveyor No. 6692 on February 27, 2010 based on a field survey;

LESS AND EXCEPT that part of the subject land lying within the public right of way of Driver-Collins Road and State Route 286.

Intending to describe approximately 74.48 acres more or less

Permanent Parcel No: 10-018-176-0500

TRACT 14 (Lease No. 13):

File No. 300483NCT-14

Mt. Orab Land Enterprises, LLC, a Delaware limited liability company
3000 El Camino Real
5 Palo Alto Square, Suite 700
Palo Alto, CA 94306-2122

A tract of land situated in the Township of Green, County of Brown, State of Ohio, being the called 85.403 acres of land (PID 100188280000) conveyed to Danny W. Moon in OR Book 227, Page 149, and OR Book 303, Page 395, and being more particularly described as follows:

Beginning at a PK nail found in the centerline of Moon Road, said point being located 3080.57 feet southerly from the intersection of the centerlines of Mount Road and Moon Road; said point also being a corner to Dale and Clara Jean Morris (OR Book 303, Page 678);

thence with Morris's line S84°00'06"E, a distance of 1860.43 feet to a 5/8" rebar found in the line of Chad A. Hawk (OR Book 229, Page 596);

thence with Hawk's line S83°10'39"E, a distance of 950.54 feet to a 5/8" rebar found;

thence S15°49'36"W, a distance of 1393.41 feet to a 5/8" iron pipe found in the line of the Moon Family Trust (OR Book 370, Page 2178);

thence with Moon Family Trust's line N84°02'13"W, a distance of 2192.87 feet to a 1" pipe found;

thence N83°26'11"W, a distance of 396.77 feet to a PK nail found in the centerline of Moon Road;

thence with the centerline of said road N6°39'41"E a distance of 278.70 feet to a PK nail found;
thence S89°14'31"E, a distance of 125.59 feet to a 1/2" rebar found,

thence N59°45'29"E a distance of 97.02 feet to a 1/2" rebar found;

thence N06°52'29"E, a distance of 274.47 feet to a 1/2" rebar found;

thence N83°01'31"W, a distance of 203.34 feet to a PK nail in the centerline of Moon Road;

thence with the centerline of said road N6°41'29"E, a distance of 758.71 feet to the Point of Beginning, containing 84.371 acres of land.

Bearing based upon State Plane System, NAD 1983(2011), Ohio South Zone, US Survey Foot, NAVD88, Using Geoid 12B. A bearing of South 15 degrees 26 minutes 58 seconds East, and a grid distance of 22,026.35 feet was observed from Mag nail in centerline of Moon Road at the northwest corner of said property to NGS control point HTG025A. The combined scale factor used for measured distances is 0.99991716.

Surveyed on October 22, 2019 under the supervision of Jason R. Latzke, Professional Surveyor No. 8687, the survey plat is referred to as Job No. 0022871.00 and is on file with Brown County Recorder's office.

Permanent Parcel No: 100188280000

**TRACT 15 (Lease No. 14):**

File No. 300483NCT-15

Dorothy Kattine
4469 Greenbush East Road
Mt. Orab, OH 45154

A tract of land situated in Green Township of Brown County, State of Ohio and in Henry Lee Military Survey No. 11086 and John Woodbridge & W. Bond, William Key, & Thomas James Military Survey No. 7449, lying north of and adjacent to Greenbush East Road and more particularly described as follows:

Commencing at the southwest corner of a parcel of land shown in Plat of 129.148 acres recorded in Deed Book No. 216, Page No. 173; thence South 75 degrees 59 minutes 31 seconds East, along the centerline of Greenbush East Road, a distance of 50.08 feet to the point of beginning; thence North 17 degrees 12 minutes 25 seconds East, a distance of 671.07 feet; thence North 17 degrees 35 minutes 10 seconds East, a distance of 250.81 feet; thence South 72 degrees 24 minutes 50 seconds East, a distance of 160.32 feet; thence North 17 degrees 35 minutes 10 seconds East, a distance of 814.00 feet; thence North 72 degrees 24 minutes 50 seconds West, a distance of 210.32 feet; thence North 17 degrees 35 minutes 10 seconds East, a distance of 1377.56 feet; thence North 20 degrees 18 minutes 34 seconds East, a distance of 720.86 feet; thence South 73 degrees 38 minutes 06 seconds East, a distance of 870.52 feet; thence South 83 degrees 25 minutes 14 seconds East, a distance of 486.08 feet; thence South 16 degrees 32 minutes 40 seconds West, a distance of 722.58 feet; thence South 17 degrees 05 minutes 13 seconds West, a distance of 1801.90 feet; thence South 77 degrees 22 minutes 17 seconds East, a distance of 196.80 feet; thence South 16 degrees 59 minutes 08 seconds West, a distance of 1380.43 feet to the centerline of Greenbush East Road; thence North 64 degrees 27 minutes 17 seconds West, a distance of 203.46 feet; thence North 75 degrees 59 minutes 31 seconds West, a distance of 1367.80 feet to the point of beginning.

Excepting therefrom,

Commencing at a spike found in the center line of Greenbush East Road at the southwest corner of subject property; thence South 75 degrees 59 minutes 31 seconds East, along said Greenbush East Road, a distance of 809.35 feet to the point of beginning; thence North 16 degrees 59 minutes 08 seconds East, a distance of 355.00 feet; thence South 75 degrees 59 minutes 30 seconds East, a distance of 810.00 feet; thence South 16 degrees 59 minutes 08 seconds West, a distance of 395.75 feet to the center line of Greenbush East Road; thence North 64 degrees 27 minutes 17 seconds West, a distance of 203.46 feet; thence North 75 degrees 59 minutes 31 seconds West, a distance of 608.53 feet to the point of beginning.

Containing 117.432 acres more or less, subject, however, to all legal highway and easements of record.

Bearing based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.
Permanent Parcel No: 100183440000

**TRACT 15A (Lease No. 14A):**

File No. 300483NCT-15

Hillcrest Solar Land Holdings, LLC, a Delaware limited liability company
3000 El Camino Real
5 Palo Alto Square, Suite 700
Palo Alto, CA 94306

A tract of land situated in Green Township of Brown County, State of Ohio and in J. Woodbridge and WM. Bond's Military Survey No. 7449, lying North of and adjacent to Greenbush East Road and more particularly described as follows:

Beginning at a PK Nail found in the center line of Greenbush East Road at the Southwest corner of a 129.148 acre tract, Parcel No. 10-018344-0000 conveyed to Dorothy Kattine by Deed Recorded in Deed Book 269, Page 667 in the Office of the Recorder of Brown County, Ohio;

Thence North 17 degrees 12 minutes 25 seconds East, along the Westerly line of said 129.148 acre tract, 674.03 feet to a 1/2 inch rebar, LS No. 4872 found at an angle point in said Westerly Line;

Thence North 17 degrees 35 minutes 10 seconds East, continuing along said Westerly line, 1064.97 feet to a set 1/2 inch rebar, LS No. 8418;

Thence South 72 degrees 24 minutes 50 seconds East 210.32 feet to a set 1/2 inch rebar, LS No. 8418;

Thence South 17 degrees 35 minutes 10 seconds West, 814.00 feet to a set 1/2 inch rebar, LS No. 8418;

Thence North 72 degrees 24 minutes 50 seconds West 160.32 feet to a set 1/2 inch rebar, LS No. 8418;

Thence South 17 degrees 35 minutes 10 seconds West, 250.81 feet to a set 1/2 inch rebar, LS No. 8418;

Thence South 17 degrees 12 minutes 25 seconds West, 671.07 feet to a 1/2 inch rebar, LS No. 8418 set in the center line of Greenbush East Road;

Thence North 75 degrees 59 minutes 30 second West, along said Center line of Greenbush East Road 50.08 feet to the POINT OF BEGINNING.

Permanent Parcel No: 100183440100

**TRACT 16 (Lense No. 15):**

File No. 300483NCT-16

**Darryl Phelps
5342 Lindsey Rd.
Mt. Orab, OH 45154**

Situated in C. Wallace's Military Survey No. 13639 and T. Shield's Military Survey No. 13774, Green Township, Brown County, Ohio, and being all of the land identified as 10-018824-0000 conveyed to Jessie D. and Loretta A. Phelps Revocable Trust Darryl Phelps, Trustee in Official Record Book 391, Page 2523 in the Brown County, Ohio Recorder's Office and being bounded and more particularly described as follows:

Beginning at a mag nail set over an iron spike found in the centerline of Driver-Collins Road at the most southeasterly corner of Zachary Farmer Wayne Miller's 0.970 Acre tract as recorded in Official Record Book 399, Page 1177 in the Brown County, Ohio Recorder's Office and being North 18 degrees 46 minutes 29 seconds East a distance of 7.86 feet from a 5/8" iron pin found at the centerline intersection of Driver-Collins Road and Mount Roads; Thence with the centerline of said Driver-Collins Road for the next two (2) courses: North 17 degrees 56 minutes 00 seconds East, a distance of 311.55 feet to a PK nail found; thence North 18 degrees 10 minutes 01 seconds East a distance of 456.38 feet to a PK nail found for corner to William H. and Regina B. Martin; thence with the line of said Martin's tract South 71 degrees 24 minutes 23 seconds East passing a 5/8" iron pin found at 14.00

feet for a total distance of 1166.20 feet to a rebar, corner to Terry P. and Julie A. Adkins' 736 Acre tract; thence with the line of said Adkins' tract South 22 degrees 16 minutes 54 seconds West, a distance of 724.67 feet to a mag nail set in the centerline of said Mount Road; thence with the centerline of said Mount Road South 74 degrees 06 minutes 23 seconds East, a distance of 8.68 feet to a mag nail found for corner to Orval W. Smith Etal; thence with the line of said Smith Etal, South 16 degrees 21 minutes 46 seconds West, a distance of 692.18 feet to a 1/2" iron pin found for corner to James Robert and Susan Carol Wylie's and corner to Daren and Barbara Howser's; thence with the line of said Howser's North 76 degrees 02 minutes 31 seconds West passing a mag nail set in the centerline of said Driver-Collins Road at 786.72 feet for a total distance of 2150.43 feet to a 5/8" iron pin set corner to Daren and Barbara Howser's; thence with the line of said Howser's North 77 degrees 18 minutes 14 seconds West a distance of 233.72 feet to a 5/8" iron pin found corner to Raymond L. Jr. and Delores A. McRoberts; thence with the line of said McRoberts North 15 degrees 49 minutes 10 seconds East a distance of 773.70 feet to a 5/8" iron pin found for corner to Mary M. Miller; thence with the line of said Miller South 74 degrees 38 minutes 47 seconds East a distance of 996.16 feet to a 1" iron pipe found for corner to said Zachary Farmer Wayne Miller; thence with the line of said Miller's South 74 degrees 37 minutes 40 seconds East, a distance of 270.97 feet to the Point of Beginning.

EXCEPT THE FOLLOWING 2.777 ACRES OF DESCRIBED LAND:

Beginning at the aforesaid 5/8 iron pin in the centerline of Driver-Collins Road and Mount Road; thence along with centerline of said Mount Road South 74 degrees 06 minutes 42 seconds East, a distance of 533.34 feet; thence South 69 degrees 53 minutes 55 seconds West, a distance of 616.42 feet to the centerline of Driver-Collins Road; thence along with centerline of said Driver-Collins Road North 09 degrees 02 minutes 04 seconds West, a distance 317.31 feet; thence North 06 degrees 37 minutes 30 seconds West, a distance of 80.62 feet to the Point of Beginning.

Containing 57.070 acres more or less, and LESS AND EXCEPT that part of the subject land lying within the public right of way of Driver-Collins Road and Mount Road.

Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.

Permanent Parcel No. 10-018824-0000 (portion of)
__TRACT 17 (Lease No. 16):__

File No. 300483NCT-17

Nancy E. Williams
312 Bishopsbridge Dr.
Cincinnati, OH 45255

Situated in Green Township of Brown County, State of Ohio and in A. Lathan's Military Survey No. 11088 and H. Lee's Military Survey No. 11085, lying north of and adjacent to Greenbush East Road and more particularly described as follows:

Beginning at a spike found in the center line of Greenbush East Road at the southwest corner to the 20.696 acres conveyed to Magdlene McQuitty, etal by deed recorded in Deed Book 219, page 822 in the Office of the Recorder of Brown County, Ohio;

thence along Greenbush East Road N. 67 deg. 12' 01" W., 587.07 feet to a spike found at a corner to the land of Vhurl & Catherine Kattine;

thence with Vhurl & Catherine Kattine's line N. 11 deg. 01' 46" E., 1380.43 feet to a ½" iron pin set, N. 83 deg. 19; 39" W., 196.80 feet to a ½" iron pin set, and N. 11 deg. 07' 51" E., 1801.90 feet to a ½" iron pin set at a corner to the land of Wm. J. & Mabel B. Averett;

thence with Wm. J. & Mabel B. Averett's line S. 89 deg. 21' 25" E., 564.00 feet, to a ½" iron pin set at a corner to the land of Charles T. & Stacey M. Carroll;

thence with Charles T. & Stacey M. Carroll's line S. 89 deg. 21' 25" E., 152.42 feet to a ½" iron pin set in a branch;

thence with a severance line down a branch S. 27 deg. 15' 48" W., 260.12 feet to a ½" iron pin set, S. 74 deg. 55' 44" W., 104.55 feet to a ½" iron pin set, S. 4 deg., 54' 55" W., 149.94 feet to a ½ iron pin set, S. 48 deg. 19' 25" E., 40.50 feet to a ½" iron pin set, S. 22 deg. 49' 59" E., 211.55 feet to a ½" iron pin set, S. 37 deg. 16' 02" E., 137.68 feet to a½" iron pin set, S. 38 deg. 13' 47" E., 425.33 feet to a ½" iron pin set, S. 23 deg. 14' 07" E., 101.04 feet to a½" iron pin set, S. 1 deg. 06' 46" W., 84.83 feet to a ½" iron pin set, and S. 24 deg. 56' 36" E., 144.00 feet to a point, referenced by a ½" iron pipe found at N. 88 deg., 18' 22" E., 39.20 feet at a corner to the land of Richard & Gail F. Robbins;

thence with Richard & Gail F. Robbins' line S. 17 deg. 36' 48" E., 534.69 feet to a point, referenced by a ½" iron pin set at S. 42 deg., 05' 38" W., 30.66 feet, and S. 23 deg. 39' 48" E., 308. 18 feet to a 1/2" iron pin set;

thence with a severance line down a branch S. 20 deg. 03' 30" W., 175.10 feet to a ½" iron pin set, S. 7 deg. 21' 19" E., 175.54 feet to a 1/2" iron pin set, S. 52 deg., 16' 52" W., 74.50 feet to a 1/2" iron pin set, S. 2 deg. 28' 17" W., 314.77 feet to a ½" iron pin set, and S. 33 deg. 21' 25" W., 112.37 feet to a ½' iron pin set in the line of the land of Magdlene McQuitty, etal;

thence with Magdlene McQuitty, etal's line N. 89 deg. 06' 10" W., 950.29 feet to a stone found, and S. 10 deg. 55' 51" W., 421.81 feet to the place of beginning and containing 85.347 acres, subject to all existing easements of record.

Being part of the land conveyed to Gary Waits, Trustee by deed recorded in Deed Book 145, Page 353 in the Office of the Recorder of Brown County, Ohio.

Permanent Parcel No. 10-017768-0200

TRACT 18 (Lease No. 17):

File No. 300483NCT-18

James Robert Wylie and Susan Carol Wylie, husband and wife, for their joint lives, remainder to the survivor of them
16302 Driver Collins Road
Mt. Orab, OH 45154

Parcel 1:

Situate in the County of Brown, in the State of Ohio, and in the Township of Green:

A parcel of land situated in Green Township of Brown County, State of Ohio, and in T. Shield's Military Survey No. 13774, lying on the east side of the Driver-Collins Road and north of and adjacent to a private lane, and more particularly described as follows:

Commencing at the point of intersection of the center line of the Driver-Collins Road with the center line of the Mount Road prolonged;

Thence with the center line of the Driver-Collins Road S. 9 deg 21' 30" E., 1327.25 feet to a spike;

Thence S. 11 deg 09' 30" E., 1721.90 feet to a spike;

Thence, leaving the center line of Driver-Collins Road, with the center line of a private land S. 76 deg 11' 30" E. 275.98 feet to a spike;

Thence, leaving the center line of the lane, N. 15 deg 51' E. 14.00 feet to the point of beginning at an iron pin in the north line of the lane, a corner to the lane of Henrietta P. Zimmer and the most southwesterly corner of the herein described;

Thence with Henrietta P. Zimmer's line a line marked by a fence, N. 15 deg 51' E. 2041.39 feet to an iron pin at a fence corner and in the center line of the land of Otis and Joy Henson, a corner to the land of Henrietta P. Zimmer;

Thence with Otis and Joy Henson's line and a fence line S. 76 deg 49' E. 716.73 feet to an iron pin at a fence corner;

Thence S. 15 deg 36' 30" W. 1168.94 feet to an iron pin;

Thence leaving Otis and Joy Henson's line, with a severance line and a fence line N. 72 deg 00' W., 524.22 feet to an iron pin, thence, leaving the fence line S. 17 deg 58' W. 920.38 feet to an iron pin in the north line of the private lane;

Thence with the north line of the lane N. 76 deg 11' 30" W., 163.13 feet to the place of beginning, CONTAINING 22.68 acres.

Permanent Parcel No: 100179120000

Parcel 2:

A tract of and situated in Green Township of Brown County, State of Ohio and in T. Shield's Military Survey No. 13774, lying east of and adjacent to Driver-Collins Road and more particularly described as follows:

Beginning at a¾" iron pin found in the line of William F. & Evelyn Mae Smith at the southwest corner to the 22.68 acres conveyed to George & Ruth Ann Elig by deed recorded in Deed Book 132, Page 344 in the Office of the Recorder of Brown County, Ohio;

Thence with William F. & Evelyn Mae Smith's line N. 76 deg 11' 30"W., 282.03 feet to a spike set in the center line of Driver-Collins Road;

Thence along the center line of Driver-Collins Road N. 13 deg 04' 03" W., 253.42 feet to a spike set, and N. 10 deg 56' 59" W., 708.76 feet to a spike set at a corner to the land of Jerry R. Reeves;

Thence with Jerry R. Reeves' line S. 80 deg 44' 45" E., 223.84 feet to a ½" iron pin set, and N. 15 deg 55' 56" E., 1147.55 feet to a ½" iron pin set in the line of the land of Jesse D. & Loretta A. Phelps;

Thence with Jesse D. & Loretta A. Phelps' line and Robert E. Smith's line S. 76 deg 52' 02" E., 500.50 feet to a ¾" iron pin found at a corner to the land of George & Ruth Ann Elig;

Thence with George & Ruth Ann Elig's line S. 15 deg 51' 00" W., 2041.39 feet to the place of beginning and CONTAINING 23.598 acres, subject to all existing easements of record.

Permanent Parcel No: 100179160000


**TRACT 19 (Lease No. 18):**

File No. 300483NCT-20

**Anthony C. Werring and Jane L. Werring, Husband and Wife, for their joint lives, remainder to the survivor of them**
**5142 Burdsall Road**
**Williamsburg, OH 45176**

Situate in Green Township, Brown County, State of Ohio, in Boyer's Military Survey No. 4792 and Sayers and Taylor's Military Survey No. 4793 being more particularly described as follows:

Beginning at a found mag nail in the centerline of U.S. Route 68 at a southwest corner of Living Church of Five Mile, 10.000 acres, as recorded in OR 327, Page 2377, being 1153 feet southerly from the centerline of State Route 286;

Thence leaving said centerline and with the south line of said church, S81°01'58"E 768.86 feet to a found stone, passing a found 1/2" iron pin at 27.45 feet;

Thence in parts with the east line of said church and the east line of Brown County Soil and Water Conservation District, 11.676 acres, as recorded in OR 327, Page 2379, N17°12'35"E 945.01 feet to a found 1/2" iron pin at the southeast corner of Paul and Jane Forman, 0.50 acres, as recorded in DB 125, Page 192;

Thence with Forman's east line, N15°24'50"E 314.09 feet to a set mag nail in the centerline of State Route 284, passing a set 5/8" iron pin at 284.09 feet;

Thence with the centerline of State Route 284 the following two courses:

1) S87°09'03"E 549.24 feet to a set mag nail;

2) S87°29'03"E 1061.98 feet to a set mag nail at a northeast corner of Pamela G. Campbell, aka Pamela J. Campbell, 98.562 acres as recorded in OR 270, Page 2503;

Thence leaving said centerline and with Campbell's lines the following two courses:

1) S16°09'26"W 717.49 feet to a set 1/2" iron pin, passing a set 5/8" iron pin at 30.00 feet;

2) S72°46'24"E 710.59 feet to a found 5/8" iron pin (bent) in the centerline of Clements Road, nonmaintained status, passing a set 5/8" iron pin at 680.59 feet;

Thence with the centerline of Clements Road the following two courses:

1) S17°03'16"W 976.94 feet to a found 5/8" iron pin;

2) S16°21'3 1"W 584.35 feet to a set 5/8" iron pin at the northeast corner of T & J Farm, 39.063 acres as recorded in DB 274, Page 1969;

Thence with T & J Farm's north line N72°39'30"W 2823.23 feet to a set mag nail in the centerline of U.S. Route 68;

Thence with the centerline of U.S. Route 68, N06°5 1'50"W 544.92 feet to the POINT OF BEGINNING. Containing 108.316 acres, Being tract No. 455 conveyed to T & J Farm by deed recorded in DB 274, Page 255 of the Brown County Recorder's Office.

Together with and subject to all legal highways and easement of recorded.

This legal description is based on a plat of survey by Werring Surveying, Timothy S. Werring Registration Number 8077, dated March 6, 2008.

Bearings are based on the S16°21'3 1"W line per a survey by Renshaw date August 20, 2007.

Permanent Parcel No: 100182680000

Situate in Green Township, Brown County, State of Ohio, in Sayers and Taylor's Military Survey No. 4793 being more particularly described as follows:

Commencing at a found mag nail in the centerline of U.S. Route 68 at a southwest corner of Living Church of Five Mile, 10.000 acres, as recorded in OR 327, Page 2377, and being 1153 feet southerly from the centerline of State Route 286;

Thence with the centerline of U.S. Route 68 S06°5 1'50"E 544.92 feet to a set mag nail at the southwest corner of T & J Farm, 106.74 acres, as recorded in DB 274, Page 255 and being the Point of Beginning;

Thence leaving said centerline and with the south line of T & J Farm, S72°39'30"E 2823.23 feet to a set 5/8" iron pin in the centerline of Clements Road, nonmaintained status;

Thence with the centerline of Clements Road, S16°21'31"W 672.84 feet to a found 1/2" iron pin at the northeast corner of Roger L. Barber, 3.216 acres as recorded in OR 359, Page 1239;

Thence in parts with the north line of Barber and the north line of Franklin D. and Carolyn J. Estep, 16.000 acres, as recorded in DB 253, Page 888, N73°05'25"W 1640.30 feet to a found 1/2" iron pin at the northeast corner of Bobby K. and Emma Covert, 1.157 acres, as recorded in OR 108, Page 884, and 1.091 acres, as recorded in OR 154, Page 548;

Thence with Covert's north line, N72°03'17"W 404.81 feet to a set 5/8" iron pin at the southeast corner of Thelma M. Gill, 1.00 acre, as recorded in DB 240, Page 112;
Thence with Gill's line the following two courses:

1) N06°47'0 1"W 100.00 feet to a found 1/2" iron pin;

2) N72°45'1 1"W 322.17 feet to a found 5/8" iron pin at a southeast corner of Vicki and Dennis Cassidy, 1.521 acres as recorded in OR 225, Page 645;

Thence with Cassidy's lines the following two courses:

| BROWN COUNTY, OH | 03/17/2021 12:30:55 PM | OR 507 | 1649 | 202100001645 | Page: 28 of 36 |
|---|---|---|---|---|---|
| BROWN COUNTY, OH | 05/08/2020 12:50:14 PM | OR 500 | 5175 | 202000002230 | Page: 30 of 38 |

1) N 06°09'52"W 434.03 feet to a found 1/2" iron pin (bent);

2) N 63°40'33"W 180.54 feet to a set mag nail in the centerline of U.S. Route 68, passing a found 1/2" iron pin (bent) at 144.23 feet;

Thence with the centerline of U.S. Route 68, N 07°19'06"W 180.36 feet to the POINT OF BEGINNING.

Containing 39.205 acres, being tract no. 332 conveyed to T & J Farm by deed recorded in DB 274, Page 255 of the Brown County Recorder's Office. Together with and subject to all legal highways and easement of recorded.

Permanent Parcel No: 100192760000

### TRACT 20 (Lease No. 19):

**File No. 300483NCT-22**

**Russell L. Barber and Cynthia A. Barber, husband and wife, for their joint lives, remainder to the survivor of them**
**17270 Driver Cullins Road**
**Mt. Orab, OH 45154**

A tract of land situated in Green Township of Brown County, State of Ohio and in C. Wallace's Military Survey No. 13639 and A. Latham's Military Survey No. 11345, and more particularly described as follows:

Beginning at an iron pipe with a bearing of South 38 degrees 43 minutes 37 seconds East, a distance of 3359.50 feet from a spike found at the intersection of the centerline of Driver-Collins Road with the centerline of Upper Five Mile East Road; said point to be a corner of Janice A. and Frank L. Young, Trustees; thence with the line of said Young South 09 degrees 39 minutes 36 seconds West, a distance of 1024.98 feet to a 1/2 inch iron pin found in the line of the land of Charles and Deborah Etienne; thence with said Etienne's line North 85 degrees 51 minutes 52 seconds West, a distance of 1436.32 feet to a pinch iron pipe found in the line of the land of Denise Lea and Jay Andrew Holden; Thence with said Holden line North 16 degrees 28 minutes 39 seconds East, 1110.38 feet; thence South 83 degrees 01 minutes 08 seconds East, a distance of 1299.26 feet to the Point of Beginning.

Containing 33.153 acres more or less, subject, however, to all legal highway and easements of record.

Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.

Permanent Parcel No: 100174720000 (portion of)

### TRACT 21 (Lease No. 20):

**File No. 300483NCT-23**

**Robert E. Smith, Jr., as to a one half interest, and Orval W. Smith, as to a one half interest**
**4800 State Route 42, Apt.# 19**
**Mason, Ohio 45040**

Situated in Green Township, Brown County, Ohio a part of Thomas L. Shields Survey No. 13774, John Woodbridge & W. Bond, William Key, & Thomas James 7449, and bounded and described as follows:

| BROWN COUNTY, OH | 03/17/2021 12:30:55 PM | OR 507 | 1650 | 202100001645 | Page: 29 of 36 |
|---|---|---|---|---|---|
| BROWN COUNTY, OH | 05/08/2020 12:50:14 PM | OR 500 | 5176 | 202000002230 | Page: 31 of 38 |

Beginning at a PK nail in the centerline of Mount Road having a bearing of South 73 degrees 44 minutes 30 seconds East, a distance of 3263.35 feet from a mag nail set over an iron spike found at the centerline of Driver-Collins Road and Mount Road, said point being a corner to Sol Farms, LLC; thence with line of said Sol Farms South 16 degrees 06 minutes 02 seconds West, a distance of 1777.02 feet to a 5/8 iron pin at the corner of Timothy B. and Cathleen M. Cook; thence North 76 degrees 44 minutes 32 seconds West, a distance of 924.13 feet to a 1/2 inch iron pin; thence North 15 degrees 47 minutes 44 seconds East, a distance of 24.62 feet to a 3/4 inch iron pipe at the corner of James Robert and Susan Carol Wylie; thence with said Wylie line, North 15 degrees 48 minutes 42 seconds East, a distance of 1168.55 feet to a 3/4 inch iron pipe; thence North 76 degrees 35 minutes 27 seconds West, a distance of 716.70 feet to a 3/4 inch iron pin; thence North 76 degrees 35 minutes 42 seconds West, a distance of 136.50 feet; thence North 16 degrees 21 minutes 53 seconds East, a distance of 674.19 to the centerline of Mount Road; thence with said centerline of Mount Road South 73 degrees 45 minutes 26 seconds East, a distance of 1778.17 to the Point of Beginning.

Containing 51.087 acres more or less subject, however, to all legal highways and easements of record.

Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.

Permanent Parcel No. 100190400000 (portion of)

### TRACT 21 A (Easement No. 2):

File No. 300483NCT-23A

**Robert E. Smith, Jr., as to a one half interest, and Orval W. Smith, as to a one half interest**
**4800 State Route 42, Apt.# 19**
**Mason, Ohio 45040**

A fifty foot (50') wide easement the centerline of which runs parallel with and three hundred thirty feet (330') south the north property line of the following described parcel:
Tract One:

Situated in Green Township; Brown County, Ohio

Being on the waters of White Oak Creek, a part of T. L. Shields Survey No. 13774, situate in Green Township, Brown County, Ohio, and bounded and described as follows:

Beginning at a stone corner to J. M. Reese and Daniel Weber, in the Township road; thence with said Road N. 77-1/2 deg. W. 131 poles and 23-3/11 links to a stone corner to Driver; thence with Driver's line S. 11 deg. W. 44 poles and 14 links to a stone corner to Driver, Wm. Mount and Andrew Ludwick; thence with the line of Ludwick and Rees S. 81 deg. E. 131 poles and 23-3/11 links to a stone corner to Rees; thence with Rees' line N. 11 deg. E. 34 poles and 10 links to the place of beginning, Containing 31 acres and 8 poles of land, more or less.

Tract Two:

Situate in Green Township, Brown County, Ohio, on the waters of Little Sterling Creek, a branch of White Oak, and being a part of T. L. Shield's Survey of 746 acres by No. 13744, and bounded and described as follows:

Beginning at a stake in the East line of the Survey and 52-1/10 poles from the beginning corner of a tract of 100 acres conveyed by Hanson L. Penn's Executors to Andrew Ludwick on December 30, 1873, and in the first line of said tract;

Thence with said line North 10 deg. East 72 poles to a gum corner of said tract;

Thence with the line of Lot No. 10 and said 100 acres tract North 80 deg. West 56 poles to a stake in said line;

Thence South 10 deg. West 72 poles to a stake parallel with the original survey line;

Thence South 80 deg. East 56 poles to the place of beginning, Containing 25 acres of land. Subject to an easement from C. Rees to the Inter-County Rural Elec. Co-op., dated January 27, 1939, recorded June 22, 1939, in Volume 5, Page 280 of the Lease Records of Brown County, Ohio.

Being the same real estate conveyed from Otis Henson and Joy Henson to Robert E. Smith and Dolores Smith recorded in Deed Book 109, Page 521, Brown County Ohio Records.

EXCEPT:

Situated in Green Township, Brown County, Ohio a part of Thomas L. Shields Survey No. 13774, John Woodbridge & W. Bond, William Key, & Thomas James 7449, and bounded and described as follows:

Beginning at a PK nail in the centerline of Mount Road having a bearing of South 73 degrees 44 minutes 30 seconds East, a distance of 3263.35 feet from a mag nail set over an iron spike found at the centerline of Driver-Collins Road and Mount Road, said point being a corner to Sol Farms, LLC; thence with line of said Sol Farms South 16 degrees 06 minutes 02 seconds West, a distance of 1777.02 feet to a 5/8 iron pin at the corner of Timothy B. and Cathleen M. Cook; thence North 76 degrees 44 minutes 32 seconds West, a distance of 924.13 feet to a 1/2 inch iron pin; thence North 15 degrees 47 minutes 44 seconds East, a distance of 24.62 feet to a 3/4 inch iron pipe at the corner of James Robert and Susan Carol Wylie; thence with said Wylie line, North 15 degrees 48 minutes 42 seconds East, a distance of 1168.55 feet to a 3/4 inch iron pipe; thence North 76 degrees 35 minutes 27 seconds West, a distance of 716.70 feet to a 3/4 inch iron pin; thence North 76 degrees 35 minutes 42 seconds West, a distance of 136.50 feet; thence North 16 degrees 21 minutes 53 seconds East, a distance of 674.19 to the centerline of Mount Road; thence with said centerline of Mount Road South 73 degrees 45 minutes 26 seconds East, a distance of 1778.17 to the Point of Beginning.

Containing 51.087 acres more or less subject, however, to all legal highways and easements of record.

Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.

Permanent Parcel No. 100190480000 (portion of)

TRACT 22 (Easement No. 21):

File No. 300483NCT-25

Raymond L. McRoberts, Jr. and Delores A. McRoberts, husband and wife, for their joint lives, remainder to the survivor of them
16576 Clements Road
Mt. Orab, OH 45154

PERMANENT EASEMENT DESCRIPTION

A strip of land 30.00 feet wide over, under and across that part of land situate in Thomas L. Shiled's Survey No. 13774, OR book 81, page 373, Green Township, Brown County, Ohio, the centerline of said strip of land is described as follows:

Beginning at a point in the east line of said OR book 81, page 373, having a bearing of North 79 degrees 08 minutes 15 seconds East, a distance of 1674.25 feet from a 1/2" iron pin at the southeast corner of 3.00 acre save and except tract as recorded in OR 81, Page 373 in the Brown County, Ohio Recorder's Office; thence North 73 degrees 19 minutes 03 seconds West, a distance of 753.92 feet; thence North 25 degrees 51 seconds 16 seconds West, a distance of 108.89 feet to the north line of said property at the line of Cathy Griffith and Peggy Jones and there terminating.

The sidelines are to be prolonged or shortened at said east line and north line of the subject property of said OR book 81, page 373 and the north line of said OR 90, page 460.

Containing 0.594 acres more or less subject, however, to all legal highways and easements of record.
Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.

## TEMPORARY EASEMENT DESCRIPTION

The north one hundred twenty feet (120') of the easterly 840.03 feet following described parcel:

A tract of land located in Green Township of Brown County, State of Ohio, and in Thomas L. Shield's Survey No. 13774, lying east of and adjacent to a township road, approximately 1 1/2 miles north of Greenbush, and being more particularly described as follows:

Beginning at a railroad spike in the center line of a township road and in the prolongation of a fence line, a corner to Lots Nos. 7 and 12 of Subdivision of said survey and the most southwesterly point of the land herein described; thence with the center line of the road N13°44'E 607.20 feet to a railroad spike set in the prolongation of a fence line, a corner to the land of Thomas J. Adams & wife; thence leaving the road, with Thomas J. Adams' line, a line marked by a fence for the last approximate 426.5 feet, S75°19'E 438.50 feet to a post and stake at a fence corner; thence with a fence line N15°11'E 260.64 feet to a post and stake at a fence intersection, a corner to the land of Thomas J. Adams and in Holman's line; thence with Holman's line and a fence line S75°43'E 1492.73 feet to a post and stake at a fence intersection, a corner to the land of William Snider; thence with Snider's line and a fence line S14°16'W 773.32 feet to a post and stake at a fence intersection, a corner to the land of Snider and in the line of Lot 7; thence with the line of Lot 7 and a fence line N78°26'W 1931.86 feet to the Place of Beginning, and containing 33.74 acres, subject to such rights as may be vested in the township and/or county to road rights of way.

SAVE AND EXCEPT THE FOLLOWING DESCRIBED REAL ESTATE:

A parcel of land situated in Green Township, Brown County, Ohio, and in T. Shield's N.S. No. 13774, lying East of and adjacent to Clements Road and more particularly described as follows: Beginning at a spike (found) in the center line of Clements Road, a corner of the 20.96 acres conveyed to Leonard Feibelman, Vol. 132, Page 619; thence with the center line of said road, N14°26'28"E 300 feet, to a spike (set); thence leaving said road with a division line for the next two calls, S76°43'36"E 435.70 feet, passing a 1/2" iron pin (set) at 17.00 feet to a 1/2" iron pin (set); thence S14°26'28"W 300.00 feet to a 1/2" iron pin (set) in the line of the 20.96 acres conveyed to Leonard Feibelman, Vol. 132, Page 617; thence with Leonard Feibelman's line, N76°43'36"W 435.70 feet, passing a 5/8" iron pin (found) at 421.17 feet to the Place of Beginning, containing 3.000 acres, more or less and subject to existing easements of record. Bearings are magnetic and based upon the record bearing N14°26'28"E of the centerline of Clements Road.

Being a part of the land conveyed to Frederick L. Vaughn, Jr. by Deed recorded in Vol 261, Page 292 in the Office of the Recorder of Brown County, Ohio.

Also except Michael E. and Kandi S. McRoberts tract per OR book 90, page 460.

Permanent Parcel No: 100180120000 (portion of)

TRACT 23 (Easement No. 22):

File No. 300483NCT-25A

Michael E. McRoberts and Kandi S. McRoberts, husband and wife, for their joint lives, remainder to the survivor of them
PO Box344
120 S. Main St.
Sardinia, OH 45171

An easement over, under, and across that part of a parcel of land situated in Green Township, Brown County, State of Ohio, as described in Survivorship Deed per Deed Volume 90, Page 460-461, Brown County Recorder's Office, Ohio, described as follows:

Beginning at the northeasterly corner of said parcel; thence northwesterly along the northeasterly line of said parcel 28.80 feet; thence southeasterly to a point on the southeasterly line of said parcel 28.80 feet south of said northeasterly corner as measured along said southeasterly line; thence northeasterly along said southeasterly line 28.80 feet to the point of beginning.

Easement contains 414.5 square feet.

Permanent Parcel No: 100180120200

TRACT 24 (Easement No. 26):

INTENTIONALLY DELETED

TRACT 25 (Easement No. 27):

INTENTIONALLY DELETED

TRACT 26 (Easement No. 28):

INTENTIONALLY DELETED

**TRACT 26A (Lense No. 34):**

File No. 300483NCT-31A

Sol Farms, LLC, an Ohio limited liability company
12252 County Road 81
Revere, MO 63465

Situated in the State of Ohio, Brown County, Green Township, Woodbridge & Bond's Military Survey No. 7449 of the Virginia Military District, being all of the land conveyed, by, Official Record 261, Page 1092 of the Brown County Deed Records, parcel 1, containing 46 acres, 1 rood & 1 pole, excepting 2.0 acres (Brown County Tax Parcel 10-0180320000) and parcel 2, containing 15 acres, 1 rood and 27 poles identified as Tax Parcel No. 10-0179520000 on the tax Maps of Brown County and being more particularly described as follows:

Commencing at a Mag nail found in the physical intersection of Moon Road with Mount Road;

thence, with said Mount Road north 87° 38 '02" west, 1885.55 feet to a Mag nail set and the beginning;

thence, leaving said Mount Road with the land of William J. Averett, 80.517 acres, recorded in Official Record Book 421, Page 1036, south 11° 45' 00" west, 1109.28 feet to a 5/8" iron pipe set;

thence, continuing with said land of William J. Averett, south 88° 38' 43" east, 16.78 feet to a 5/8" iron pipe set;

thence, continuing still with said land of William J. Averett and an old fence, said line being the Military Survey Line, H. Lee No. 11086 and Woodbridge & Bond No. 7449, south 11° 45' 00" west, 1259.44 feet to a stone found;

thence continuing still with said land of William J. Everett and the Military Survey line, south 11° 56' 43" west, 782.23 feet to a 1/2" iron pin found;

thence, with an old fence, the land of Dorothy Kattine, 129.148 acres, recorded in Deed Book 269, Page 667, north 78° 21' 10" west, 870.93 feet to a 1/2" iron pin found;

thence, with an old fence, the land of Maria D. Nethero, 21.754 acres, Official Record Book 435, Page 1713 and Timothy B. & Catherine M Cook, 30.607 acres, Official Record Book 100, Page 615, north 13° 29' 13" east, 783.94 feet to a corner post found;

thence, continuing with the said land of Cook and with the land of Robert E. Jr. & Orval W. Smith, 56.04 acres, Official Record Book 372, Page 486, passing a 5/8" iron pipe set at 2237.89 feet, north 11° 16' 51" east, 2257.89 feet to a Mag nail found in Mount Road;

thence, with Mount Road, south 78° 29' 43" east 203.00 feet to a Mag nail set;

thence, continuing with Mount Road, south 87° 38' 02" east, 349.75 feet to a Mag nail found; thence, leaving said Mount road with the land of Tina M & Marty T. Richmond, 1.94 acres, Official Record Book 138, Page 727, south 12° 08' 03" west, 287.93 feet to a 5/8" iron pin found;

thence, continuing with said land of Richmond, south 89° 09' 25" east, 305.43 feet to a 1/2" iron pin found;

thence, continuing still with said land of Richmond and passing a 1/2" iron pin at 258.91 feet, north 11° 27' 44" east, 279.14 feet to a spike in Mount Road;

thence, with Mount Road, south 87° 38' 02" east, 7.28 feet to the beginning, containing 58.483 acres of land more or less, subject to all legal highways and easements of record.

Permanent Parcel No. 100179520000

**TRACT 27 (Easement No. 29):**

**INTENTIONALLY DELETED**

**TRACT 28:**

File No. 300483NCT-37

Mt. Orab Land Enterprises, LLC, a Delaware limited liability company
3000 El Camino Real
5 Palo Alto Square, Suite 700
Palo Alto, CA 94306-2122

A tract of land situated in the Township of Green, County of Brown, State of Ohio, being the called 96.00 acres of land (PID 100185600000) conveyed to Danny W. Moon and Bruce M. Moon, Trustees of The Moon Family Trust in OR Book 370, Page 2178, and being more particularly described as follows:

Beginning at a railroad spike found in the centerline of Greenbush East Road, said spike being located at the most southerly west corner of said tract and being observed at bearing of S11°33'37"E, and a grid distance of 18,037.57 feet to NGS control point HIG025A; said spike also being a corner to Danny Moon (OR Book 303, Page 397);

thence with Moon's line N16°56'40"E, a distance of 577.83 feet to a 12" x 6" stone found;
thence N83°31'23"W, a distance of 1495.68 feet to a 1" iron pipe found;

thence N83°43'24"W, a distance of 821.47 feet to a 10" x 8" stone found;

thence N04°56'16"E, a distance of 1336.48 feet to a 1" pipe found in the line of Danny W. Moon (OR Book 303, Page 395);

thence along said line of Danny W. Moon S84°02'13"E, a distance of 2192.87 feet to a 5/8" iron pipe found at corner of Chad A. Hawk and Melanie B. Hawk (OR Book 406, Page 853);

thence with Hawk's line S83°49'30"E, a distance of 455.57 feet to a 5" x 6" stone found in the line of Michael R. Reeves (OR Book 341, Page 929);

thence with Reeves line S17°09'40"W, a distance of 263.01 feet to a ½" rebar found;

thence S05°02'12"W a distance of 679.32 feet to a 4" x 6" stone found;

thence S81°26'54"E, a distance of 643.63 feet to a ½" rebar found in the line of Patricia J. Hile & Herbert Hile (OR Book 269, Page 34);

thence with said Hile line S04°27'11"W, a distance of 830.63 feet to a PK nail set in the centerline of Greenbush East Road;

thence with the centerline of said road N82°16'12"W, a distance of 171.92 feet to a PK nail set;
thence N85°15'35"W, a distance of 99.99 feet to a PK nail set;

thence N85°49'44"W, a distance of 77.99 feet to a PK nail set;

thence N88°12'00"W, a distance of 173.96 feet to a PK nail set;
thence S88°12'01"W, a distance of 152.80 feet to a PK nail set;

thence S84°10'46"W, a distance of 138.11 feet to a PK nail set;

thence S80°56'47"W, a distance of 240.65 feet to the Point of Beginning, containing 96.717 acres of land.

Bearing based upon State Plane System, NAD 1983(2011), Ohio South Zone, US Survey Foot, NAVD88, Using Geoid 12B. A bearing of South 11 degrees 33 minutes 37 seconds East, and a grid distance of 18,037.57 feet was observed from Railroad Spike in centerline of Greenbush East Road at the most southerly west corner of said property to NGS control point HIG025A. The combined scale factor used for measured distances is 0.99991716.

Surveyed on October 22, 2019 under the supervision of Jason R. Latzke, Professional Surveyor No. 8687, the survey plat is referred to as Job No. 0022871.00 and is on file with Brown County Recorder's office.

Permanent Parcel No. 10-018560-0000

### TRACT 29 (Easement No. 9):

INTENTIONALLY DELETED

### TRACT 30:

INTENTIONALLY DELETED

### TRACT 31 (Lease No. 33):

File No. 300483NCT-41

Jennifer S. Arey, a married woman
16179 Moon Road
Mt. Orab, OH 45154

Situated in the Henry Lee VMS 11086 Green Township, Brown County, Ohio, bounded and more particularly described as follows:

Beginning at a 1 inch pinch iron pipe at a bearing of South 33 degrees 34 minutes 08 seconds West, a distance of 2693.47 feet from a found PK nail found in the centerline of Mount Road at the intersection of Moon Road, said point also being the southwest corner to Elizabeth A. and Russell H. Florence Jr., Trustees in OR Book 385, page 2387; thence with said Florence south line South 80 degrees 19 minutes 52 seconds East, a distance of 319.36 feet; thence South 08 degrees 34 minutes 23 seconds West, a distance of 381.14 feet; thence South 77 degrees 28 minutes 04 seconds East, a distance of 219.80 feet; thence South 11 degrees 25 minutes 58 seconds West, a distance of 31.73 feet; thence South 80 degrees 10 minutes 01

second East, a distance of 362.76 feet to the line of Alice and Charles Evans; thence with said Evans line, South 06 degrees 57 minutes 20 seconds West, a distance of 204.87 feet; thence with said Evans and Jennifer S. Etal Arey line, North 83 degrees 25 minutes 09 seconds West, a distance of 477.78 feet; thence with the line of said Arey and Cheryl A. Toney, South 05 degrees 50 minutes 56 seconds West, a distance of 720.05 feet to the corner of Gary Waits, Trustee; thence with the line of said Waits and Nancy E. Williams, North 83 degrees 23 minutes 54 seconds West, a distance of 664.47 feet; thence North 16 degrees 44 minutes 48 seconds East, a distance of 1420.02 feet to the Point of Beginning.

Containing 18.660 acres more or less, subject, however, to all legal highway and easements of record.

Bearings based upon Ohio State Plane Coordinate System, NAD 1983 (2011), South Zone, US Survey Foot.

Permanent Parcel No. 10-01 8756-0000 (portion of)

End of Exhibit A