

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 08/20/2001 | 200123201080 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 125.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

KEGLER, BROWN, HILL & RITTER
65 E. STATE ST., SUITE 1800
DEBRA G APPEL
COLUMBUS, OH 43215

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

### 1247609

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**WOOD OPERATING COMPANY, LLC**

and, that said business records show the filing and recording of:

Document(s)  
**ARTICLES OF ORGANIZATION/DOM. LLC**

Document No(s):  
**200123201080**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of August, A.D. 2001.

*J. Kenneth Blackwell*
Ohio Secretary of State



Prescribed by **J. Kenneth Blackwell**

Please obtain fee amount and mailing instructions from the **Forms Inventory List** (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:

Central Ohio: (614)-466-3910   Toll Free: 1-877-SOS-FILE (1-877-767-3453)

RECEIVED
SECRETARY OF STATE

2001 AUG 17 PM 3: 04

CLIENT SERVICE CENTER

# ARTICLES OF ORGANIZATION
(Under Section 1705.04 of the Ohio Revised Code)
Limited Liability Company

The undersigned, desiring to form a limited liability Company, under Chapter 1705 of the Ohio Revised Code, do hereby state the following:

**FIRST:** *The name of said limited liability company shall be:*

**Wood Operating Company, LLC**

(the name must include the words "limited liability company", "limited", "Ltd.", "Ltd.", "LLC", or "L.L.C."

**SECOND:** This limited liability company shall exist for a period of   perpetual duration, or until the Company is earlier dissolved
and its affairs wound up in accordance with the provisions of its Operating Agreement or by operation of law.

**THIRD:** The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is:

692 North High Street, Suite 302
( street name or post office box )

Columbus ,   Ohio   43215
( city, village, or township )   ( state )   ( zip code )

☐ Please check this box if additional provisions are attached hereto

*Provisions attached hereto are incorporated herein and made a part of these articles of organization.*

Aug 16 01 02:55p        THE WOOD COMPANIES            614-228-3737              p.5

# J. Kenneth Blackwell
## Secretary of State

FOURTH:    Purpose (optional)

_____
_____
_____
_____
_____
_____
_____

IN WITNESS WHEREOF, we have hereunto subscribed our names on   08-17-2001
                                                               _____
                                                                 (date)
Signed  /s/ Sanborn D. Wood                        Signed _____
Name: Sanborn D. Wood                              Name: _____

Signed _____             Signed _____
Name: _____              Name: _____

Signed _____             Signed _____
Name: _____              Name: _____

Signed _____             Signed _____
Name: _____              Name: _____

Signed _____             Signed _____
Name: _____              Name: _____

( If insufficient space for all signatures, please attach a separate sheet containing additional signatures )

115-LCK                          Page 2 of 3                      Version: May 1, 1999

```
Aug 16 01 02:56p      THE WOOD COMPANIES       614-228-3737        p.6
```



# J. Kenneth Blackwell

Prescribed by:
**J. Kenneth Blackwell**
Secretary of State
30 East Broad St. 14th Floor
Columbus, Ohio 43266-0418

## ORIGINAL APPOINTMENT OF AGENT
(for limited liability company)

The undersigned, being at least a majority of the members of _____Wood Operating Company, LLC_____,
(name of limited liability company)
hereby appoint _____Mark C. Wood_____ to be the agent upon whom any process, notice or
(name of agent)
demand required or permitted by statute to be served upon the limited liability company may be served. The complete address of the agent is:

_____692 North High Street, Suite 302_____
(street name)
_____Columbus_____, Ohio ____43215____
(city, village, township)                              (zip)

By: _[signature]_____     By: _____
( authorized member, manager, or representative )     ( authorized member, manager, or representative )
Name: Sanborn D. Wood                      Name:

By: _____                  By: _____
( authorized member, manager, or representative )     ( authorized member, manager, or representative )
Name:                                      Name:

By: _____                  By: _____
( authorized member, manager, or representative )     ( authorized member, manager, or representative )
Name:                                      Name:

## ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for _____Wood Real Estate, LLC_____
(name of limited liability company)
hereby acknowledges and accepts the appointment of agent for said limited liability Company.

_[signature]_____
Mark C. Wood        Agent's signature