UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DELTRO ELECTRIC LTD.**<br><br>　　**Plaintiff**<br><br>v.<br><br>**ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., et al.**<br><br>　　**Defendants** | **Case No. 1:21-cv-00303**<br><br>**Judge Douglas R. Cole**<br><br>**Magistrate Judge Karen L. Litkovitz** |

## PROPOSED UNDISPUTED FACTS

Plaintiff Deltro Electric Ltd. ("Deltro") submits these proposed undisputed facts.

**The Project**

1. The Hillcrest Solar Project ("Project") was a construction project located in Brown County, Ohio. Exhibit 1, DelMastro Declaration; Exhibit 2, Notice of Commencement.

2. The Project's lessee owner who contracted for the improvement was Hillcrest Solar I, LLC. Exhibit 2, Notice of Commencement.

3. Electric Power Systems International, Inc. ("EPS") was a subcontractor to Deltro. Exhibit 1, DelMastro Declaration.

**EPS's Notice of Furnishing**

4. EPS's Notice of Furnishing stated EPS would be performing its work for "Deltro Electric Ltd, Wood Operating Company, LLC," which was incorrect. Exhibit 3, EPS Notice of Furnishing.

5. EPS actually performed its work for "Deltro Electric Ltd." Exhibit 1, DelMastro Declaration.

6. Wood Operating Company, LLC is a separate, active entity organized and existing in the State of Ohio. Exhibit 5, Wood Operating Articles of Organization.

7. EPS's Notice of Furnishing did not properly identify the entity it would be performing its work for. Exhibit 3, EPS Notice of Furnishing; Exhibit 1, DelMastro Declaration.

**EPS's Affidavit for Mechanic's Lien**

8. EPS's Affidavit for Mechanic's Lien stated its lien was on the property of the lessee owner "Hillcrest Solar 1, LLC," which was incorrect. <u>Exhibit 4</u>, EPS Affidavit for Mechanic's Lien.

9. The actual lessee owner was "Hillcrest Solar I, LLC." <u>Exhibit 2</u>, Hillcrest Notice of Commencement.

10. EPS knew the correct lessee owner's name when it recorded its Affidavit for Mechanic's Lien because it possessed the Notice of Commencement that provided that information.  EPS's possession of the Notice of Commencement is evidenced by EPS's Affidavit for Mechanic's Lien attaching the legal description from the Notice of Commencement. <u>Exhibit 2</u>, Hillcrest Notice of Commencement; <u>Exhibit 4</u>, EPS Affidavit for Mechanic's Lien.