UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DELTRO ELECTRIC LTD.**<br><br>    **Plaintiff**<br><br>v.<br><br>**ELECTRIC POWER SYSTEMS INTERNATIONAL, INC.**<br><br>    **Defendants** | **Case No. 1:21-cv-00303**<br><br>**Judge Douglas R. Cole**<br><br>**Magistrate Judge Karen L. Litkovitz** |

## ORDER

This matter came before the Court on Nicholas W. Schwandner and Schwandner Law Firm LLC's Motion to Withdraw as Counsel.

For good cause shown, Nicholas W. Schwandner and Schwandner Law Firm LLC are granted leave to withdraw. Nicholas W. Schwandner and Schwandner Law Firm LLC are hereby withdrawn as counsel to Plaintiff Deltro Electric Ltd.

Beginning on the date of this Order, all deadlines, proceedings, and discovery in this case applicable to Deltro Electric Ltd. are stayed for 30 days to provide Deltro Electric Ltd. time to obtain new counsel.

_____                          _____
Date                                                      Judge