UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DELTRO ELECTRIC LTD.,** | : | **CASE NO. 1:21-cv-303-DRC** |
| **Plaintiff,** | : | |
| | : | **Judge Douglas R. Cole** |
| v. | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., et al.** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS FOR RELIEF BY ALL PARTIES**

Plaintiff Deltro Electric Ltd. ("Deltro"), Defendant Electric Power Systems International, Inc. ("EPS") and Defendant PCL Construction Services, Inc. ("PCL") file this Joint Stipulation of Dismissal with Prejudice as to all claims brought by Deltro, EPS and/or PCL against any party under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in support thereof, would respectfully show the Court as follows:

1. By an Amended Complaint, Deltro asserted claims against Defendants EPS, PCL, Fidelity and Deposit Company of Maryland, Travelers Casualty and Surety Company of America, and Federal Insurance Company. *See*, Doc. #54.

2. EPS had previously filed an Answer to Deltro's original Complaint (Doc. #4) and has asserted counterclaims against Deltro. *See,* Doc. #14.

3. PCL filed a Motion to Intervene with an Answer to Deltro's Complaint and Crossclaims against EPS. *See*, Doc. 44, and 44-1.

4. Fidelity and Deposit Company of Maryland, Travelers Casualty and Surety Company of America, and Federal Insurance Company have not entered an appearance or filed an Answer in this action.

5. Deltro's counsel was permitted to withdraw as trial counsel on October 17, 2022 as provided by the docket Order on 10/17/22. Deltro has been represented outside of this action by its legal counsel in Canada.

1

6. A settlement of all claims asserted in this case has been reached.

7. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for the dismissal of the case.

10. Deltro, EPS and/or PCL have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice, with each party to bear its own costs and fees.

Respectfully submitted by:

| | |
|---|---|
| */s/ Theresa L. Nelson* | */s/Robert A. Koenig (via email authorization)* |
| Theresa Nelson (0072521) | Robert A. Koenig |
| John B. Pinney (0018173) | SHUMAKER, LOOP & KENDRICK, LLP |
| Daniel J. Knecht  (0086463) | *Attorney for PCL Construction Services, Inc.* |
| *Attorneys for Electric Power Systems International, Inc.* | 1000 Jackson Street |
| | Toledo, Ohio 43604-5573 |
| GRAYDON HEAD & RITCHEY LLP | Phone: (419) 321-1305 |
| 312 Walnut Street, Suite 1800 | Fax:    (419) 241-6894 |
| Cincinnati, OH  45202-4060 | E-mail: rkoenig@shumaker.com |
| Phone: (513) 629-2720 | |
| Fax:    (513) 651-3836 | |
| E-mail: jpinney@graydon.law | |
|          tnelson@graydon.law | |
|          dknecht@graydon.law | |

With Consent and Approval to file.

*/s/Jordan Routliff (via email authorization)*
Michael Mazzuca (Canadian Counsel)
Jordan Routliff (Canadian Counsel)
*Attorneys for Deltro Electric, Ltd.*
Rousseau Mazzuca LLP
65 Queen Street West, Suite 600
Toronto, Ontario M5H 2M5
Michael@RousseauMazzuca.com
JRoutliff@RousseauMazzuca.com
Phone: (416) 304-9885

Fax:  (437) 800-1453

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing was filed via the Court's electronic filing system on December 22, 2022. Notice of filing will be performed by the Court's electronic filing system, and parties may access the document through the Court's electronic filing system.

    I further certify that a copy of the foregoing was service via electronic mail on the following parties through their identified local counsel:

Michael Mazzuca (Canadian Counsel
Jordan Routliff (Canadian counsel)
*Attorneys for Deltro Electric, Ltd.*
Rousseau Mazzuca LLP
65 Queen Street West, Suite 600
Toronto, Ontario M5H 2M5
Michael@RousseauMazzuca.com
JRoutliff@RousseauMazzuca.com

    */s/ Theresa L. Nelson*
    Theresa L. Nelson (0072521)